USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 22, 2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
 

UNITED STATES OF AMERICA

   - v. -

DARCY WEDD,
FRASER THOMPSON, and
CHRISTOPHER GOFF,

                       Defendants.
------------------------------------------------------------------X

15 Cr. 616 (KBF)

ORDER

**KATHERINE B. FORREST**, United States District Judge:

As discussed on the record at the May 22, 2017 conference, the Court has severed defendant Young Jason Lee from the joint retrial of defendants Darcy Wedd, Fraser Thompson, and Christopher Goff. A schedule for Mr. Lee's retrial, expected to commence in early 2018, shall be set at a later date.

The Court sets the following schedule for the retrial of defendants Wedd, Thompson, and Goff:

1. The last date to file new motions <u>in limine</u> or to renew prior motions <u>in limine</u> shall be **Wednesday, July 12, 2017**. Oppositions shall be due not later than **Wednesday, July 19, 2017**. No replies.

2. Any new 3500 materials shall be turned over to defendants not later than **Friday, July 21, 2017**.

3. Revised pretrial materials, including proposed jury instructions, proposed stipulations, witness lists, and exhibit lists, are due not later than **Wednesday, July 26, 2017**. The Court believes many efficiencies can be

gained by using the materials from the last trial. We could agree that all objections are preserved but otherwise rely on the same joint pretrial materials (and objections would preserved as to exhibits, rulings, etc.).

4. A final pretrial conference is hereby set for **Wednesday, August 2, 2017**.

5. Jury selection and trial shall commence on **Monday, August 14, 2017, at 9:00 a.m.**

Upon application of the Government and consented to by defendants, and as an set forth on the record, time pursuant to 18 U.S.C. § 3161(h)(7)(A) of the Speedy Trial Act is hereby excluded from May 22, 2017, to August 14, 2017.

SO ORDERED:

Dated:     New York, New York
           May 22, 2017

_____
KATHERINE B. FORREST
United States District Judge