LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

July 10, 2017

**BY ECF & EMAIL**
The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: United States v. Wedd et al, S3 15 Cr. 616 (KBF)**

Dear Judge Forrest:

    I represent Mr. Jason Lee in the above-referenced matter, having been appointed on May 17, 2017, pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. I write to respectfully request that the arraignment of Mr. Lee on the superseding indictment and pre-trial conference, which are presently scheduled for July 27, 2017, be adjourned to August 3, 2017 at 2 p.m. because of a scheduling conflict. I have conferred with AUSA Sarah Paul and she consents on behalf of the Government. Mr. Lee also consents to the exclusion of time under the Speedy Trial Act until such date.

    Thank you for your consideration.

                                              Respectfully submitted,

                                                        /s/

                                                     Anthony Cecutti