UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA | 15 CR 616 (KBF) |
| - v. - | NOTICE OF MOTION FOR SEVERANCE OF DEFENDANT CHRISTOPHER GOFF FROM DEFENDANTS DARCY WEDD AND FRASER THOMPSON |
| DARCY WEDD, FRASER THOMPSON, CHRISTOPHER GOFF, MICHAEL PEARSE, YONGCHAO LIU a/k/a "Kevin Liu," JASON LEE, and EUGENI TSVETNENKO, | |
| Defendants. | |

------------------------------------------------------------ X

Please take notice that DEFENDANT CHRISTOPHER GOFF, by his attorneys, SIMON & PARNTERS LLP, and upon the accompanying Memorandum of Law, and all proceedings in this matter, moves this Court, before the Honorable Katherine B. Forrest, United States District Judge, for an order pursuant to F. R. Crim. Pro 14 severing Defendant Goff from the trial, scheduled for August 14, 2017, of Defendants Darcy Wedd and Fraser Thompson, and directing that Defendant Goff be tried with Defendant Jason Lee.

Dated: New York, New York
July 10, 2017

Respectfully submitted,
SIMON & PARTNERS LLP

By: /s/ Kenneth C. Murphy
Kenneth C. Murphy
kmurphy@simonlawyers.com

551 Fifth Avenue, 31st Floor
New York, New York 10176
(212) 332-8900

*Attorneys for Defendant Chris Goff*