UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   -v-                                       No. 15 CR 616 (KBF)

DARCY WEDD, *et al.*,

                    **Defendants.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

      PLEASE TAKE NOTICE THAT upon the accompanying Memorandum of Law, Defendants Fraser Thompson, Darcy Wedd and Christopher Goff hereby move this Court, before the Honorable Katherine B. Forrest, for an order dismissing Count Three and Count Seven of the Third Superseding Indictment.

Dated:  New York, N.Y.
         July 12, 2017                    Respectfully submitted,

                                                         /s/
                                       Jonathan Savella, Esq.
                                       810 Seventh Avenue, Ste. 620
                                       New York, New York 10019
                                       (646) 801-2184
                                       jonathan.savella@gmail.com

                                       Marc S. Nurik, Esq.
                                       Law Offices of Marc S. Nurik
                                       1551 Manning Avenue #302
                                       Los Angeles, California 90024
                                       (310) 909-6828
                                       marc@nuriklaw.com

                                       *Attorneys for Defendant Fraser Thompson*