

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 19, 2017

**BY ECF**
The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: **United States v. Darcy Wedd, et al.,**
            **S3 15 Cr. 616 (KBF)**

Dear Judge Forrest:

      The Government writes in response to the motion of defendant Christopher Goff ("Goff," or the "defendant") for a severance of his trial from the trial of co-defendants Darcy Wedd and Fraser Thompson. Goff requests that he proceed to trial with co-defendant Jason Lee ("Lee").

      The Government does not oppose Goff's motion, as it agrees that proceeding as Goff requests would serve the interests of judicial economy and efficiency. The Government does not believe that there would be any unfair prejudice to Goff from a joint trial with Wedd and Thompson. Nevertheless, in light of the fact that Lee's trial has already been severed and he will be proceeding to trial separately, and because there is substantial similarity in the nature and sources of evidence against Goff and Lee, the Government agrees that trying Goff and Lee together would likely be more efficient than trying Goff with Wedd and Thompson.

      Should the Court grant the defendant's motion, the Government respectfully requests that Goff and his counsel be directed to appear on August 3, 2017 at 2:00 p.m., the date and time currently set for Lee's arraignment and pretrial conference. The Government further requests that at that conference, Goff be arraigned on the recently returned superseding indictment in this case and that a trial date be set for Goff and Lee.

                               Respectfully submitted,

                               JOON H. KIM
                             Acting United States Attorney

             By:    /s/ Sarah Paul
                  Sarah E. Paul/Richard Cooper/Jennifer L. Beidel
                  Assistant United States Attorneys
                  (212) 637-2326/1027/2212

cc:    All defense counsel (by ECF)