Ordered
---

Post to docket. The handwriting is the Court's. We will discuss this morning.

/s/ K.B.F.
USDJ
8/15/17

# RE: Zhenya UK

**From:** Michael Paj <michael.paj@mobilemessenger.com>
**To:** Michael Paj <michael.paj@mobilemessenger.com>, Darcy Wedd <darcy.wedd@mobilemessenger.com>, Erdolo Eromo <erdolo.eromo@mobilemessenger.com>, Amy Dudman <amy.dudman@mobilemessenger.com>
**Date:** Thu, 08 Oct 2009 02:21:32 -0500

Team,

[STMT 7] I have heard nothing from Zhenya, I will take the required action first thing in the morning.

*[handwritten: 803(3) • classic intent • state of mind]*

Cheers,

Michael Pajaczkowski

Vice President
Compliance and Customer Care

MOBILEMESSENGER

6601 Center Drive West, Suite 700
Los Angeles, CA 90045

US Work: +1 310 425 7331 ext: 5150
AU Work: +61 2 8239 8053
Mobile: +1 310 773 6008
US Fax: +1 310 496 2873
AU Fax: +61 2 9299 4388

Mobile Messenger is one of the world's leading Mobile Entertainment Enablers. Whether providing unique mobile content solutions or helping clients to mobilize existing content, Mobile Messenger delivers extremely effective tools and a variety of powerful, innovative, and "ready-to-go" revenue-generating solutions to help put our partners at the forefront of the emerging Mobile Industry.
This communication, including any attachments, is confidential and intended solely for the named addressee. If you are not the intended recipient, please contact me immediately by reply email, delete it from your system and destroy any copies. This email is subject to copyright. No part of it should be reproduced, adapted or transmitted without the prior written consent of the copyright owner. Any views expressed in this message are those of the individual sender and may not necessarily reflect the views of Mobile Messenger group companies

-----Original Message-----
From: Michael Paj
Sent: Wednesday, October 07, 2009 7:08 PM
To: Darcy Wedd; Erdolo Eromo; Amy Dudman
Subject: RE: Zhenya UK

*[handwritten: Truth Not purpose • Not offered to show truth • Offered to show Paj's reaction/explain story]*

[STMT 6] I have left a voice mail and emailed Zhenya.

[STMT 5] If I get nothing I will suspend his short codes today with the AU team.

*[handwritten: 803(3) classic state of mind to show intent]*

Cheers,

Michael Pajaczkowski

Vice President
Compliance and Customer Care

MOBILEMESSENGER

6601 Center Drive West, Suite 700
Los Angeles, CA 90045

GOVERNMENT EXHIBIT 148
S2 15 Cr. 616 (KBF)

Work: +1 310 425 7331 ext: 5150
Mobile: +1 310 773 6008
Fax: +1 310 496 2873

-----Original Message-----
From: Darcy Wedd
Sent: Wednesday, October 07, 2009 6:14 PM
To: Erdolo Eromo; Michael Paj; Amy Dudman
Subject: RE: Zhenya UK

*Direction as to action, non-hearsay*

Hi Paj,

**STMT 4**
[Please make sure you get in contact with Zhenya tonight and provide feedback to the group.

If it is some sort of issue with his system then it can't happen tomorrow so even if you can't reach him by phone email him.]

Thanks

-----Original Message-----
From: Erdolo Eromo
Sent: Wed 10/7/2009 5:23 PM
To: Michael Paj; Amy Dudman
Cc: Darcy Wedd
Subject: FW: Zhenya UK
Paj,

*Q's classic*
*Non-hearsay*

**STMT 3**
[How do you want to proceed?] [I can call Zhenya and tell him to stop or we can just cut him off at the gateway.]

*contingent possible response: non-hearsay*

**STMT 2**
[From Sam's email below it looks like that he is double billing in the UK.]

*803(6) Business record*

Regards,

Erdolo

From: Sam.Elaribi
Sent: Wednesday, October 07, 2009 5:01 PM
To: Daryl Quan; Erdolo Eromo
Cc: Wilfried Schaffner; Massimo Bonato; Silvia Huynh
Subject: Zhenya UK

Hi All,

**Gov't Argue**
(1) Zhenya "caught" based on below. Using for truth. For that business record
(2) If to show effect on readers, non-hearsay. Then do Kaiser analysis

**STMT 1**
[Zheny's traffic has tripled during the last two weeks. After looking deeper in his traffic log, we found out that he is billing twice the same subscriber everyday in the same short code. Attached is a GW sample log that shows the trend. AM is to raise this issue to client.]

① Business record
• could come in through Eromo
• Regular practice to monitor traffic + report
• No indication of lack of trustworthiness
• Rule of require declarant to also be custodian

Sam Elaribi
Revenue Asssurance & Data Analyst

MOBILEMESSENGER.

**Rule 403**
• showing Zhenya acts/bad actor
• Impt to Gov't's case
• Not disputed issue -- no one arguing otherwise. Q is whether As Knew/when
• High probative value; prejudice not from stmt but from later links to stmt. Not unfairly prejudicial.