<u>Ordered</u>

Post to docket. We will
discuss this morning.

K.B. Foe
USDJ
8/15/17

| Message | |
|---|---|
| From: | Michael Paj [/O=MOBILEMESSENGER/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=MICHAEL.PAJ] |
| Sent: | 4/29/2010 8:43:46 PM |
| To: | Darcy Wedd [darcy.wedd@mobilemessenger.com] |
| Subject: | RE: Zhenya CA |



Yes I will call Zhenya tonight, I will was going to give the guys a Bloosky a call tomorrow after I finished with this CWTA stuff and I will follow up on the outbound calling thing.

Stmt. 3
- Not offered for truth
- If offered for truth, falls under 803(3) as plan/intent

Cheers,

Michael Pajaczkowski

Vice President
Compliance and Customer Care

**MOBILE**MESSENGER

**From:** Darcy Wedd
**Sent:** Thursday, April 29, 2010 6:41 PM
**To:** Michael Paj
**Subject:** Fwd: Zhenya CA

Can you pls call Zhenya tonight and see what is up?

Stmt. 2 (example of Q's classic/non-hearsay

Also, have you organized a call with Bloosky to discuss compliance?

I also got a call from their outbound CC today following up on my 'job' enquiry... I would imagine there current terms don't allow them to call users.

Thanks

Sent from my iPhone

GOVERNMENT
EXHIBIT
149
S2 15 Cr. 616 (KBF)

Page 1

Begin forwarded message:

**From:** "Erdolo Eromo" <erdolo.eromo@mobilemessenger.com>
**Date:** April 29, 2010 9:33:29 PM EDT
**To:** "Darcy Wedd" <Darcy.Wedd@mobilemessenger.com>, "Amy Dudman" <Amy.Dudman@mobilemessenger.com>, "Michael.Profit" <Michael.Profit@mobilemessenger.com>
**Subject: Zhenya CA**

Hey Guys,

*[handwritten: Start 1]*
*[handwritten: ① Two purposes: Notice of Zhenya's acts (non-hearsay)]*
*[handwritten: ② Fact that Zhenya bad actor]*

This is why we think that there is new activity in CA for Zhenya.

| CA | | | | | |
|---|---|---|---|---|---|
| Date | 4/24/2010 | 4/25/2010 | 4/26/2010 | 4/27/2010 | 4/28/2010 |
| Revenue | $7,303.75 | $6,422.50 | $5,956.25 | $6,832.50 | $13,606.25 |
| Bill Ratio | 51.75% | 52.87% | 54.60% | 48.64% | 54.42% |

*[handwritten: • If offered for truth: 803(6)]*

Either he is pushing new subs or doing something creative. *[handwritten: Not a stmt offered for truth, declarant's state of mind]*

Investigation is underway from the AM team as well as Paj's team. *[handwritten: Not offered for truth]*

Regards,

Erdolo Eromo
Vice President of Sales and Client Services

**MOBILE**MESSENGER

6601 Center Drive W Suite 700
Los Angeles CA 90045
P: +1 310 957 3309
M: 310-384-8437
IM: Skype: Dolomite17
F: +1 310 861 1140
www.mobilemessenger.com

Mobile Messenger is the leading Mobile Solutions Provider, supplying its partners with cutting-edge technology and services that facilitate the marketing, distribution, and monetization of digital content to mobile devices. We provide strong, secure, and trusted connections to consumers, and offer comprehensive solutions supporting every step of your mobile business initiative. From