Ordered

Post to docket. As with the
other exhibits, we will discuss.

K.B. Fo___
US DJ

8/15/17

✓

Message
___

**From:**    Michael Paj [/O=MOBILEMESSENGER/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=MICHAEL.PAJ]
**Sent:**    8/19/2011 10:35:54 PM
**To:**      Darcy Wedd [darcy.wedd@mobilemessenger.com]
**Subject:** Re: Spoke to Zhenya

[ On it. ]   **Stmt. 3**   • Not offered for truth
                        • If offered for truth, goes to intent of
                          declarant + falls under 803(3)

Michael Pajaczkowski
Vice President
Carrier Operations & Consumer Protection

Mobile Messenger

Cell: +1 310 773 6008

On Aug 19, 2011, at 8:17 PM, "Darcy Wedd" <Darcy.Wedd@mobilemessenger.com> wrote:

> Told him I can't understand how his conversions are so high. Told him he needs to track the IP's ASAP    **Stmt 2**
> so we can at least understand where the subs are coming from.
>
> Told him to pause until he can understand how he can get normal conversions on VzW and 65% on other
> carriers with the same offer.
>
> Paj - anyway we can take a subset of his subscribers and find out if they are android subs?    **Stmt. 1**
>
> Cheers
>
>
> Sent from my iPad

Stmt 2 : • Not offered for truth but for fact
             that it was said.

         • Offered also to show notice (non-hearsay)


Stmt 1 : Q is non-hearsay, not for truth.

**GOVERNMENT EXHIBIT 150**
S2 15 Cr. 616 (KBF)