*[Handwritten annotation at top:]* Original. The parties shall proceed as indicated. All additional testimony in (No. 2) below is disallowed. As to (No. 1) below, it is allowed only as indicated. The parties shall prepare (4) copies to leave with the CSO not later than 9:30 am for delivery to the jury. KBF / USDJ

Dear Judge Forrest's Chambers:

We are in agreement as to question 1, question 2, and question 3 to the extent it concerns the Starbucks meeting.

*[Margin: No. 1]*

For question 3 regarding the meeting in Eromo's office, we agree to Tr. 1864:15-1873:17. Mr. Nurik also proposes to add the testimony that appears on Tr. 1863:10-1864:14, to which the Government objects.

*[Handwritten: I will allow as indicated. This is impeachment regarding one of the topics in the "office meeting."]*

*[Margin: No. 2]*

For question 3 regarding payment discrepancies, we agree to Tr. 1678:12-1683:19, 1689:5-1690:3, and 1692:11-1698:7. Mr. Nurik also proposes to add the testimony that appears on Tr. 1678:8-11, 1689:2-4, 1690:4-1692:10, and 1700:24-1704:2 to which the Government objects.

*[Handwritten annotations on the boxed ranges: "No. Not responsive to jury's question." (x3) and "No. Argument"]*

Respectfully submitted,
Jennifer Beidel

Jennifer L. Beidel
Assistant United States Attorney
United States Attorney's Office / Southern District of New York
1 St. Andrew's Plaza, 6th Floor / New York, NY  10007
O: (212) 637-2212 / C: (646) 740-4443
Email: jennifer.beidel@usdoj.gov<mailto:jennifer.beidel@usdoj.gov>

*[Signed:]* KBF / USDJ   9/1/17



**15cr616 Order re: Response to Jury Note**

**Forrest NYSD Chambers**  to:  Beidel, Jennifer (USANYS), mnurik@bgrfirm.com, msercarz@sercarzandriopelle.com    09/01/2017 08:00 AM

Sent by: **Stephen Petkis**

From: Forrest NYSD Chambers/NYSD/02/USCOURTS

To: "Beidel, Jennifer (USANYS)" <Jennifer.Beidel@usdoj.gov>, "mnurik@bgrfirm.com" <mnurik@bgrfirm.com>, "msercarz@sercarzandriopelle.com" <msercarz@sercarzandriopelle.com>, "rcaliendo@sercarzandriopelle.com"

Counsel,

Attached is the Court's order regarding the parties' proposed response to the outstanding juror note. As set forth in the Court's handwriting: "All additional testimony in No. 2 below is disallowed. As to No. 1 below, it is allowed only as indicated. The parties shall prepare 4 copies to leave with the CSO not later than 9:30 am for delivery to the jury." The numbers refer to the numbered paragraphs in the attached order.

Please contact chambers with any questions. Otherwise, prepare the four copies as indicated and bring them to the courtroom prior to 9:30 am today.


15cr616 Order 09012017 758.pdf



**Chambers of Hon. Katherine B. Forrest**
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, NY 10007
Email:  forrestnysdchambers@nysd.uscourts.gov
Office:  212-805-0276

*****PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS E-MAIL*****