

Government Summation PowerPoint
Robert Caliendo
to:
ForrestNYSDChambers@nysd.uscourts.gov
08/31/2017 02:52 PM
Cc:
Maurice Sercarz, Jon Savella, "mnurik@bgrfirm.com", "katiestu@gmail.com", "Sidransky, Jake (USANYS) [Contractor]", "Cooper, Richard (USANYS)", "Paul, Sarah (USANYS) 1", "Beidel, Jennifer (USANYS)"
Hide Details
From: Robert Caliendo <RCaliendo@sercarzandriopelle.com> Sort List...

To: "ForrestNYSDChambers@nysd.uscourts.gov"
<ForrestNYSDChambers@nysd.uscourts.gov>

Cc: Maurice Sercarz <MSercarz@sercarzandriopelle.com>, Jon Savella
<jonathan.savella@gmail.com>, "mnurik@bgrfirm.com" <mnurik@bgrfirm.com>,
"katiestu@gmail.com" <katiestu@gmail.com>, "Sidransky, Jake (USANYS) [Contractor]"
<Jake.Sidransky@usdoj.gov>, "Cooper, Richard (USANYS)"
<Richard.Cooper@usdoj.gov>, "Paul, Sarah (USANYS) 1" <Sarah.Paul2@usdoj.gov>,
"Beidel, Jennifer (USANYS)" <Jennifer.Beidel@usdoj.gov>

1 Attachment

[PDF] Government Summation Powerpoint.pdf

Dear Judge Forrest's Chambers,

Per Tuesday's request, we respectfully ask that the attached PowerPoint - from the government's summation - be marked as a court exhibit. T2.2762-63.

Thank you,

Robert Caliendo

*Ordered*
*Post to docket.*
*KBS. Joe*
*USDJ*

*9/1/17*

 Government Summation PowerPoint
Robert Caliendo
to:
ForrestNYSDChambers@nysd.uscourts.gov
08/31/2017 02:52 PM
Cc:
Maurice Sercarz, Jon Savella, "mnurik@bgrfirm.com", "katiestu@gmail.com", "Sidransky,
Jake (USANYS) [Contractor]", "Cooper, Richard (USANYS)", "Paul, Sarah (USANYS) 1",
"Beidel, Jennifer (USANYS)"
Hide Details
From: Robert Caliendo <RCaliendo@sercarzandriopelle.com> Sort List...

To: "ForrestNYSDChambers@nysd.uscourts.gov"
<ForrestNYSDChambers@nysd.uscourts.gov>

Cc: Maurice Sercarz <MSercarz@sercarzandriopelle.com>, Jon Savella
<jonathan.savella@gmail.com>, "mnurik@bgrfirm.com" <mnurik@bgrfirm.com>,
"katiestu@gmail.com" <katiestu@gmail.com>, "Sidransky, Jake (USANYS) [Contractor]"
<Jake.Sidransky@usdoj.gov>, "Cooper, Richard (USANYS)"
<Richard.Cooper@usdoj.gov>, "Paul, Sarah (USANYS) 1" <Sarah.Paul2@usdoj.gov>,
"Beidel, Jennifer (USANYS)" <Jennifer.Beidel@usdoj.gov>

1 Attachment



Government Summation Powerpoint.pdf

Dear Judge Forrest's Chambers,

Per Tuesday's request, we respectfully ask that the attached PowerPoint - from the government's summation - be
marked as a court exhibit. T2.2762-63.

Thank you,

Robert Caliendo

# United States v. Wedd & Thompson Government Summation





# The Tatto Scheme

TATTO

2009:
- Tatto is sued by Washington State AG.

 



RECEIVED
In King County Superior Court Clerk's Office
MAR - 6 2009
Cashier Section
Superior Court Clerk

**STATE OF WASHINGTON**
**KING COUNTY SUPERIOR COURT**

| | |
|---|---|
| STATE OF WASHINGTON, | NO. 09-2-11297-5 SEA |
| Plaintiff, | CONSENT DECREE |
| v. | |
| TATTO MEDIA, INC., a Washington for-profit corporation, | |
| Defendant. | |

**I.      DECREE SUMMARY**

1.1   Decree Creditor:                    State of Washington

1.2   Decree Debtors:                     Tatto Media, Inc

1.3   Principal Decree Amount:

    a.      Costs and Fees:              $12,727.50

    b.      Civil Penalties:             $737,272.50, provided that $250,000 is suspended conditioned upon compliance with the terms of the Consent Decree.

    c.      Total Payable Judgment:      $500,000.00

1.4   Post-Decree Interest Rate:          12 percent per annum

1.5   Attorneys for Decree Creditor:      Paula Selis, Senior Counsel

CONSENT DECREE                        1                    ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7745

**GOVERNMENT EXHIBIT 202-A**
S3 15 Cr. 616 (CBF)

---

Approved for Entry and Presented by:

ROBERT M. MCKENNA
Attorney General

*Paula Selis*
PAULA SELIS, WSBA #12833
Senior Counsel
State of Washington
Attorneys for Plaintiff

Approved for Entry, Notice of Presentation Waived:

K&L GATES LLP

*Theo Angelis*
THEODORE J. ANGELIS, WSBA #30300
Attorney for Defendant Tatto Media, Inc.

*Al Sege*
ALAN SEGE
Attorney for Defendant Tatto Media, Inc.

TATTO

**2010 – May 2011:**

- Tatto operates on
  full service platform.

 

# TATTO

May 2011:
- Wedd approves Tatto moving to aggregation platform.

 

Original Message-----
n: Erdolo Eromo
Sent: Tuesday, May 17, 2011 11:10 AM
To: Darcy Wedd (Darcy.Wedd@mobilemessenger.com)
Cc: Erdolo Eromo(erdolo.eromo@mobilemessenger.com); Fraser Thompson; Amy Dudman (Amy.Dudman@mobilemessenger.com)
Subject: Tatto Meeting - Quick update
Importance: High

Executive Summary:

Tatto is currently doing over 10k new leads per day in the USA through all their codes with MBLOX and 4k new leads per day in CA and selling it off on CPA. Their MM short codes are bringing in 300 subs a day right now with plans of stopping new subs after Q2. With this client evolving at a rapid pace the play we have for their business is on the aggregation side. For your review, I have highlighted bullet points from my meeting with them.
-------------------------------------------------------------

Tatto Wants:

Aggregating contract for the following:

US
CA
NZ

Tatto will send their current contract with Mblox over to MM to see if we can match their rates.
Tatto would like to get two of their small shortcodes transferred over to agg side immediately after new contracts have been signed so that they can get new subs to us ASAP.
-------------------------------------------------------------------------------

GOVERNMENT
EXHIBIT
102
S3 15 Cr. 616 (KBF)

-----Original Message-----
From: Darcy Wedd
Sent: Tuesday, May 17, 2011 11:14 AM
To: Erdolo Eromo;Darcy Wedd
Cc: Erdolo Eromo;Fraser Thompson; Amy Dudman
Subject: RE:Tatto Meeting - Quick update

Thanks E E.Good intel.

Do we know how long they have been pushing 10k subs a day through mBlox?

And do we know how many subs a day Bullroar are doing through mBlox?

GOVERNMENT
EXHIBIT
102
S3 15 Cr. 616 (KBF)

TATTO

**August 2011:**
- Tatto starts auto-subscribing on aggregation platform.



| h81ywed2 | Miao - Direct | Page 1016 |
|---|---|---|

1   A.   We would use them to auto-subscribe.

2   Q.   Can you remind us of approximately when you began to do

3     that with Mobile Messenger.

4   A.   In August of 2011.

5   Q.   Now, when you first started to auto-subscribe on those

6   short codes at Mobile Messenger, did you tell Erdolo Eromo what

7   you were doing?

8   A.   No.

9   Q.   Did you tell Darcy Wedd what you were doing?

10   A.   No.

11   Q.   Did you tell Michael Paj what you were doing?

12   A.   No.

13   Q.   Why didn't you tell any of them that you were

14   auto-subscribing at that time?

15   A.   I didn't need their permission to auto-subscribe.   I

16   already got the contract from Erdolo.   The short codes were

17   provisioned on their aggregation side, and we could start

18   auto-subscribing phone numbers right away.   I didn't need

19   anyone else's permission to do it.

20   Q.   So, in your view, you didn't see a need to tell them.   Is

21   that fair?

22   A.   That's correct.

23   Q.   Let me direct your attention now to September of 2011.

24         In September of 2011, did there come a time when

25   Mobile Messenger caught you auto-subscribing on one of these



**September 15 – 16, 2011:**
- Tatto aggregation audit reveals Tatto is auto-subscribing on short code 60206

  

**From:** Darcy Wedd
**Sent:** Thursday, September 15, 2011 3:12 PM
**To:** Michael Paj; Jonathan Murad
**Subject:** Tatto Aggregation audit

Paj/Jon,

With our concerns over Bullroar and Tatto's relationship with them. Lets get full audit of Tatto's agg codes done asap.

I have my call with Bullroar CEO tonight.

Cheers

GOVERNMENT
EXHIBIT
279
S3 15 Cr. 616 (KBF)

**From:** Jonathan Murad
**Sent:** Thursday, September 15, 2011 8:01 PM
**To:** Darcy Wedd; Michael Paj
**Subject:** RE: Tatto Aggregation audit

We checked the last 2 weeks of logs. I would check VzW devices but it seems open and shut from the analysis below, let me know if you want us check though.

**Negative Highlights:**

1. billing anniversaries with content messages - 16k attempted billable anniversary MT's with content messages.
2. 99% conversion rate
3. Pin/welcome time gap a perfect bell shaped curve
4. 17k failed PIN MT then subscribed – definitely forcing subs
5. 742 blanked billed MT's on Verizon
6. No anniversary reminder MT after blank AT&T auto-renewal
7. For fatal errors they retry a specific number of times then give up
8. Verizon billing ratio really low, 16%
9. Have not downloaded a deactivation file to process for unsub.

GOVERNMENT
EXHIBIT
279
S3 15 Cr. 616 (KBF)

**From:** "Darcy Wedd" <Darcy.Wedd@mobilemessenger.com>
**Date:** Fri, 16 Sep 2011 10:18:36 -0700
**To:** <andrew@tattomedia.com>
**Cc:** <Michael.paj@mobilemessenger.com>
**Subject:** FW: Tatto Aggregation audit

Hi Andy,

Paj will give you a call to discuss. We will need to get you to pause new subs on 60206 while we work through these items.

Thanks

GOVERNMENT
EXHIBIT
279
S3 15 Cr. 616 (KBF)

H8P3WED2          Wedd - Direct          Page 2254

1    Michael Paj?
2  A.  I sent an e-mail to Andrew Bachman from Tatto and copied
3    Michael Paj with an instruction to both.
4  Q.  Michael Paj was at that time an owner of Tatto Media; am I
5    correct?
6  A.  Andrew Bachman was an owner of Tatto Media.
7  Q.  Was it customary to send content providers copies of Mobile
8    Messenger's velocity reports?
9  A.  No, it wasn't.  These reports were fairly new at this
10   stage.  Definitely not customary to forward them on.
11 Q.  All right.  Nonetheless, in the message you said "Paj will
12   give you a call to discuss.  We will need to get you to pause
13   new subs on 60206 while we work through these items."
14        First of all, what did you mean by the phrase "pause
15   new subs"?
16 A.  Stop acquiring new subscribers on that short code.
17 Q.  What did you mean when you said "while we work through
18   these items"?
19 A.  For Michael Paj to work with the content provider to
20   discuss the issues and the negative highlights contained in the
21   e-mail.
22 Q.  For what purpose?
23 A.  To identify what the issue was.  Looking in detail at these
24   negative highlights, it doesn't necessarily jump out to me then
25   exactly what the issue was.  Tatto were an important client.  I



| H8fywed3 | Pajaczkowski - Direct | Page 259 |
|---|---|---|

1   A.  It's from Darcy.

2   Q.  Who is it to?

3   A.  Andrew@tattomedia.com.

4   Q.  Who is that?

5   A.  That's Andrew Bachman.

6   Q.  Was he a partner of Lin Miao who we discussed earlier?

7   A.  He was, yes.

8   Q.  Mr. Wedd writes, "Hi, Andy.  Paj will give you a call to

9     discuss."

10         Do you see that?

11  A.  Yes.

12  Q.  Can you read the next sentence, please.

13  A.  "We will need to get you to pause new subs on 60206 while

14    we work through these items."

15  Q.  What does it mean to pause new subs?

16  A.  It means that we are requesting the content provider to

17    voluntarily stop bringing in new subscribers on that short

18    code.

19  Q.  What is 60206?

20  A.  It's a short code of Tatto's.

21  Q.  Did you talk to Mr. Wedd prior to his sending this email

22    about why Mobile Messenger would ask Tatto to pause new

23    subscribers on that short code?

24  A.  We did, yes.

25  Q.  Describe that conversation, please.

---

1   A.  That Tatto were clearly auto-subscribing on that short code

2     and that we needed them to pause so they could either stop

3     doing it or to create a better scheme that would remain

4     undetected.



TATTO

October 10, 2011:
- Wedd gives Miao permission to keep auto-subscribing.

 

h81ywed2          Miao - Direct                    Page 1025

1   at Mobile Messenger.
2   Q. So, focusing on the last part of what you said, you had
3    been caught auto-subscribing at this time. Is that right?
4   A. Yes.
5   Q. So why did you turn to him at that time in particular?
6   A. He shut us down, and it was him that shut us down that I
7    learned from Andrew. It was a top-level down shutdown. It
8    wasn't just another employee at Mobile Messenger. This was
9    right from the top. I believed the only person, the only
10   person that could turn us back on, would be Darcy.
11  Q. I think you also testified that in response, he said that
12   other people had been auto-subscribing.
13  A. Yes.
14  Q. What do you recall about that part of the conversation?
15  A. He told me we weren't the first ones. He told me that
16   other people were already doing it and that they've been doing
17   it for some time and that what we were doing was potentially
18   jail time.
19  Q. Did you tell Mr. Wedd that you wanted to continue
20   auto-subscribing?
21  A. Yes.
22  Q. At Mobile Messenger specifically?
23  A. Yes.
24  Q. What was Mr. Wedd's response?
25  A. Our conversation led to him telling me about his situation



9  Q.  So, when you told him you wanted to keep on

10  auto-subscribing, did he say yes or no?

11  A.  Yes.

12  Q.  What do you recall about that part of the conversation?

13  A.  He told me that we could continue and that it would be a

14  win for all parties but that we needed to fix the audit, and

15  that was very, very important, if we were able to keep the

16  business for a long time.

17      The path to auto-subscribing could be $10,000,000,

18  $20,000,000, $100,000,000.  If we were going to do it and have

19  any longevity in it, then we needed to do it right, meaning

20  that we needed to camouflage what we were doing and make it

21  look natural in case we got caught, and he told me that I would

22  need to go to Michael Paj as the next step to make that happen.



h81ywed2          Miao - Direct                    Page 1028

1

2  Q.  When Mr. Wedd said that this would be a win for all

3    parties, what did you understand him to mean?

4  A.  Yes.  When he told me that it would be a win for all

5    parties, that the declining revenues at Mobile Messenger would

6    be fixed by a business move like this, meaning that when Mobile

7    Messenger had experienced declining revenues because of how

8    difficult it was to get subscribers, bringing on Tatto to

9    auto-subscribe at ten thousand-plus subscribers a day would

10   help alleviate some of those losses.  So it would be a win to

11   Mobile Messenger, it would be a win to myself, and it would be

12   a win for Darcy.



H8M3WED3                    Eromo - Direct                    Page 1463

1

2

3   Q.  Approximately when were those discussions?

4   A.  In 2012 and 2013.

5   Q.  What do you recall about those discussions with Mr. Wedd?

6   A.  Again, it was many conversations.  Specifically around the

7   content provider business, the conversation was to show more

8   revenue.  So where typically content providers would negotiate

9   their rates down, Darcy Wedd instructed me to give more money

10  to Mobile Messenger by negotiating.  So we weren't really

11  negotiating, because it was us.  But we gave Mobile Messenger

12  more money and then we talked around why.  Making Mobile

13  Messenger earn more money will put him in a better position to

14  negotiate with the board about being CEO of the company, and

15  the same on the aggregation side as well.  Same conversations

16  we had in 2012 about why we're giving Zhenya the rates and his

17   desire to be CEO of the company.

18  Q.  So did he express to you then that if Mobile Messenger made

19   more money, he felt it would put him in a better position to

20   become CEO?

21  A.  To negotiate, yes, his package.

22  Q.  All right.  Let's go back to Zhenya.  Did there come a time

23   when Zhenya stopped using CF and Digi to auto-subscribe new

24   phone numbers?

25  A.  New phone numbers, yes.



TATTO

October 11 – 19, 2011:
- Wedd instructs Paj to work with Miao to improve the auto-subscribing scheme





17   Q.  Did Mr. Wedd say why he wanted your assistance?

18   A.  There were a couple of reasons, the first being that I was

19   an expert at everything that was needed to avoid detection, and

20   as I knew all of the systems and metrics and tests that would

21   be conducted and I also managed all of the relationships with

22   all the carriers, I would be in the best possible position to

23   continue to keep the Tatto scheme undetected.

24           Also I had direct access to millions and millions of

25   phone numbers that Tatto would need to increase revenue on

H8fywed3              Pajaczkowski - Direct              Page 262

1    their short codes.  Also that, I guess finally, it was an

2    opportunity for me personally to make a lot of money, and he

3    was -- he and I were very close friends, and he was happy with

4    the opportunity for me to work with Tatto to earn a lot of

5    money.



TATTO

**October 20, 2011:**
- Wedd, Miao, and Bachman discuss auto-subscribing over more short codes.

  

| **From:** | Darcy Wedd |
| **To:** | andrew@tattomedia.com; lin@tattomedia.com |
| **Subject:** | RE: Dinner |
| **Date:** | Thursday, October 20, 2011 1:55:46 AM |

Wicked.

**9pm** reservation for the Three Stooges.

Madeo Restaurant
8897 Beverly Blvd
West Hollywood, CA 90048
(310) 859-0242

See you then.

GOVERNMENT
EXHIBIT
287
53 15 Cr. 616 (KBF)

10  Mr. Bachman on or about October 20, 2011?
11  A. Yes.
12  Q. Generally speaking, what prompted the dinner?
13  A. The discussion for short codes.
14  Q. By this point in time, had you already had the meeting with
15  Mr. Wedd in San Diego that you have already testified about?
16  A. Yes.
17  Q. Had you already met with Michael Paj in Los Angeles?
18  A. Yes.
19  Q. During this dinner that you had with Mr. Wedd and
20  Mr. Bachman, did you discuss anything?
21  A. Yes.
22  Q. Generally speaking, what do you recall about that
23  discussion?
24  A. We discussed that we have everything ready to go, and it's
25  time to make a lot of money, but we needed the short codes to

---

h81ywed2          Miao - Direct                    Page 1034

1  be moved over, and we needed all of our short codes to be moved
2  over from the full-service side, even some of our legacy short
3  codes that we had with Mobile Messenger since 2007.
4      That's what we discussed with Darcy. We addressed
5  that Andrew and I talked about with Darcy. We addressed our
6  concern to him about that, and he said, no problem, that he'll
7  take care of it.
8  Q. To be clear, why did you want to move those short codes
9  over to the aggregation side at this time?
10  A. It was the only way to auto-subscribe through Mobile
11  Messenger was on the aggregation side.



TATTO

October 28, 2011:
- Tatto receives the auto-subscribing playbook.





# Hey Paj 2
1 message

**Andy** <shaboommedia@gmail.com>                                      Fri, Oct 28, 2011 at 11:24 PM
To: LIn Miao <ilinmiao@gmail.com>

File 2

 **2.txt**
1436K

```
type,mdn,IP address
40040,12012084402,68.197.165.190
40030,12012084637,
40030,12012087441,
40030,12012147698,
40040,12012185834,69.115.116.120
40030,12012187629,
40040,12012200676,67.82.207.134
40030,12012202043,
40030,12012203507,
40030,12012207965,
40030,12012216926,
40030,12012332364,
40030,12012450446,
40040,12012452278,
40030,12012457729,
40030,12012648336,
40040,12012755012,68.38.195.232
40040,12012755885,155.246.166.72
40040,12012863273,
40030,12012865266,
40040,12012867235,68.196.129.179
40030,12012867310,
40040,12012869092,98.109.97.83
40040,12012869368,
40040,12012891953,67.84.205.77
40040,12012892385,68.197.249.31
40040,12012893370,
40030,12012896163,
40040,12012896318,98.109.84.206
40030,12012896803,
40030,12012900065,
40040,12012900855,131.125.130.36
40030,12012900997,
40030,12012902710,
40030,12012903486,
40040,12012905327,72.88.148.210
40040,12012947029,
40010,12013039562,173.70.215.181
40040,12013106686,67.84.218.189
40030,12013124816,
40040,12013129044,69.116.71.229
40030,12013140006,
40040,12013140842,69.125.146.254
40040,12013141319,69.125.206.247
40040,12013146750,69.116.242.247
40040,12013147527,108.5.165.149
40030,12013149044,
40040,12013149510,68.193.36.49
40030,12013151387,
```

```
40040,14326936122,24.32.195.179
40040,14326936200,64.218.251.2
40040,14326936254,184.79.179.91
40030,14326936365,
40040,14326936665,
40040,14326937022,
40030,14327703880,
40030,14327705216,
40030,14327705816,
40030,14327705945,
40040,14327706471,216.188.232.85
40030,14327707332,
40040,14327707647,74.197.39.90
40030,14327709780,
40040,14327880515,
40040,14327880970,
40030,14328531169,
40040,14328532550,184.79.168.190
40030,14328532781,
40040,14328533413,
40040,14328534605,
40030,14328535753,
40040,14328537081,71.115.121.178
40030,14328537577,
40030,14328539025,
40030,14328942145,
40040,14329232061,74.196.1.158
40040,14329232061,75.110.244.191
40030,14329232439,
40040,14329233392,99.34.159.119
40040,14329233928,174.253.81.156
40040,14329244437,24.116.93.165
40030,14329342746,
40040,14329343115,24.116.93.99
40040,14329343115,72.24.57.42
40040,14329343985,74.197.32.162
40040,14329343985,216.82.207.159
40030,14329344279,
40040,14329345387,184.79.128.195
40030,14329352524,
40030,14329352673,
40030,14329352677,
40030,14329353032,
40010,14329389560,
40040,14329402906,
40030,14329403009,
40030,14329403814,
40030,14329404265,
40040,14329404315,
40010,14329406511,72.24.61.68
```

```
40040,17652995018,99.162.50.174
40040,17652995739,71.98.89.194
40040,17652996014,
40040,17652996020,
40040,17652996964,99.130.185.212
40040,17652997303,69.208.155.157
40040,17652997672,98.223.56.17
40040,17652997863,99.97.38.5
40040,17652997863,99.97.38.153
40040,17653070066,199.27.253.36
40040,17653070296,
40030,17653071357,
40040,17653071456,99.178.226.8
40040,17653071806,
40040,17653078470,
40040,17653078615,
40040,17653078870,12.192.16.234
40040,17653078964,76.240.199.127
40040,17653112046,98.212.66.31
40040,17653181060,70.225.131.59
40040,17653181438,69.208.148.193
40040,17653181746,
40040,17653181946,98.222.230.168
40040,17653181946,
40030,17653181983,
40040,17653182769,
40030,17653182799,
40040,17653183432,
40030,17653183514,
40040,17653184481,
40040,17653184985,
40030,17653185023,
40030,17653185103,
40040,17653185287,98.228.200.90
40040,17653186265,98.222.182.48
40040,17653186342,99.130.189.101
40040,17653186973,
40040,17653187375,98.212.44.180
40030,17653188286,
40040,17653188498,66.244.103.250
40040,17653190045,99.130.187.145
40040,17653369002,98.220.60.140
40040,17653371405,75.100.134.116
40040,17653371405,99.97.38.9
40040,17653373855,
40030,17653373984,
40030,17653375043,
40040,17653375081,
40040,17653375483,
40040,17653375992,
```

```
40030,18592480080,
40030,18592480698,
40040,18592480780,157.89.27.107
40040,18592480780,74.131.103.8
40040,18592484137,76.177.2.126
40030,18592485470,
40040,18592485499,
40040,18592485825,76.177.22.54
40040,18592742230,209.156.139.77
40040,18592742728,
40040,18592743649,76.177.115.12
40040,18592743792,64.183.166.166
40030,18592743838,
40040,18592745270,
40040,18592745331,
40040,18592745478,68.217.169.241
40040,18592745478,65.80.4.230
40030,18592745594,
40040,18592745882,
40040,18592746814,66.63.200.250
40040,18592746927,76.177.229.216
40040,18592747314,
40040,18592747363,
40030,18592747956,
40040,18592748405,76.177.91.238
40040,18592748405,76.177.113.254
40040,18592748760,76.177.95.0
40030,18592850451,
40040,18592856835,184.43.62.119
40040,18592856835,184.43.9.211
40030,18592859639,
40040,18592981120,74.131.50.97
40040,18592981120,170.185.110.19
40040,18592981284,74.234.142.20
40040,18592985010,184.43.68.91
40040,18592985010,184.43.59.187
40040,18592985126,
40040,18592985344,76.177.128.80
40040,18592985563,64.191.180.2
40040,18592988146,76.177.121.104
40040,18592988915,
40030,18592917513,
40030,18593173077,
40030,18593190325,76.177.128.150
40040,18593190325,
40040,18593191393,76.177.199.116
40040,18593191393,76.177.220.228
40040,18593191580,67.141.23.137
40040,18593191745,76.177.69.238
40040,18593191745,173.197.151.37
```

GOVERNMENT EXHIBIT 259   S3 15 Cr. 616 (KBF)   GOVERNMENT EXHIBIT 259-A   S3 15 Cr. 616 (KBF)

TATTO

**November 2011:**
- Tatto continues to auto-subscribe.
- Wedd receives a Rolex from Bachman as a thank you.

   

16 Q. And I believe you testified that you asked him about those
17  changes to his lifestyle.  Do you recall that?
18 A. Yes, ma'am, I do.
19 Q. I also think you said in response he implied that he had
20  some things going on with Darcy Wedd.  Do you recall that?
21 A. Yes, I do.
22 Q. What do you recall him saying about that?
23 A. That's really, as of late 2011, that I recall him saying
24  that he had some side deals with Darcy and just like relax,
25  because I kept pressuring him to, you know, what's going on,

H8LAWED4ps                                          Page 1283

1  what can I be involved in.



TATTO

December 1, 2011:
- Wedd is told that Tatto short code 60206 is "taking back off" and "making $".



## AT&T Items

**From:**  Matthew Datillo <matthew.datillo@mobilemessenger.com>

**To:**    Michael Paj <michael.paj@mobilemessenger.com>, Darcy Wedd <darcy.wedd@mobilemessenger.com>

**Date:**  Thu, 01 Dec 2011 13:59:05 -0500

Hi Guys,

FYI in case you wanted to add any items for my call with Lem today:

- SC 60206 no suspension request (asked to keep strike but not suspend new subs for RR on a code that's just taking back off and is running 9% for November and making $)
- New CP Applications (Lem has looked askance at two recent new CP applications from Canadian CP's that we've supplied W-9's and the full application, but he was concerned about the lack of more than a one page website and that there are a bunch from Canada)
- Cert
  - Delays (we have 17 campaigns outstanding since 11/1)
  - Documentation (WMC has a "playbook" they're going by and we're requesting a copy)

GOVERNMENT
EXHIBIT
177
S3 15 Cr. 616 (KBF)

TATTO

January 2012:
- Susan Marion is auto-subscribed by Tatto on short code 60206.

  

**Sent:** Tuesday, January 17, 2012 6:29 PM
**To:** Marion, Susan S
**Cc:** Chris Pachus
**Subject:** RE: 60206- *urgent

Hi Susan,

5

Our investigation into this matter is ongoing. Below is just what we were provided by the CP and I wanted to get it through to you ASAP. Clearly from your own account something unusual has taken place here. So, whilst we conduct this investigation Mobile Messenger is going to block all new subscriber acquisition on this short code. That way we prevent any further user harm from occurring.

The CP is providing Mobile Messenger with their full support and we are working at full speed to get to the bottom of this. Our initial reports from the CP is that there were a small number of users (less than 500) where the opt-ins generated by one of their marketing partners looked suspicious.

Galactic Media has confirmed that they do use a secure algorithm to randomize their PINs as they are generated and sent to the users. Through their investigation into this issue, they believe that this PIN generation system was not compromised. They also investigated whether their servers were compromised and if anyone gained root access to their platform. Both of these scenarios were ruled out as possible causes of this breach.

From Galactic Media's investigation, they have discovered that, the affiliate found a Brute-force attack weakness within their "Verify PIN" API. Galactic Media has identified ALP Interactive Limited as the only affiliate that was systematically abusing the "Verify PIN" API, using a Brute-force attack to crack the PIN. So far they have identified approximately 500 MINs that were attempted to be subscribed in this manner. The CP is working with us to provide these MINs with refunds.

For your information, Wikipedia describes a Brute-force attack or exhaustive key search, as a strategy that can in theory be used against any encrypted data by an attacker who is unable to take advantage of any weakness in an encryption system that would otherwise make his/her task easier. It involves systematically checking all possible keys until the correct key is found.

To be sure, more sophisticated systems (like our own MEP platform) have dynamic monitoring in place to identify and prevent Brute-force attacks. In this instance Galactic Media's system was not up to industry standards in terms of security as they had no mechanism to identify systematic or Brute-force attacks. A significant majority of short codes operated through Mobile Messenger in the USA utilize our Subscription Management and Managed Opt-in Platform (MEP) ; Brute-force attacks within MEP are impossible, as such this is not a wide spread issue.

We have taken the additional action to reach-out to the remaining Mobile Messenger aggregation clients and have confirmed that: 1) They do not work with ALP Interactive Limited and 2) Their systems have security measures that prevent Brute-force attacks.

As more information is revealed through the investigation I will pass it through to you.

Please let me know if you have any other questions.

GOVERNMENT
EXHIBIT
174
53 15 Cr. 616 (KBF)

**From:** Michael Paj [mailto:Michael.paj@mobilemessenger.com]
**Sent:** Monday, January 23, 2012 2:50 PM
**To:** Marion, Susan S
**Cc:** Chris Pachus
**Subject:** RE: 60206- *urgent

Hi Susan,

Sorry for the delay in getting back to you. I have been working closely with our Client and wanted to check the information that they provided to Mobile Messenger to confirm it accuracy.

For the record, this short code has been blocked by Mobile Messenger to ensure that ZERO new subscriptions can be activated. This block will remain in place until such time as the content provider has proven that this security exploit has been resolved appropriately.

The CP provided me with 531 unique MINs that they can identify as being acquired through activity described below. From these I had my team produce a refund file for VzW to process (we can also process the refunds if you like). The CP is supremely confident that this incident was limited to these users as the pattern of behavior (from their marketing partners) is very unique.

Please let me know if you need any more information.

Best,

Michael Pajaczkowski
Vice President: Carrier Operations & Consumer Protection

---

**From:** Darcy Wedd
**Sent:** Thursday, January 26, 2012 2:38 PM
**To:** Michael Paj; Erdolo Eromo
**Subject:** FW: 40544

Hey Paj,

See below. Isn't there a new subs freeze on Tatto agg while they improve some security issues on their platform?



TATTO

**February 2012:**
- **Susan Marion is billed again by Tatto on short code 60206.**

  

**From:** Michael Paj [mailto:Michael.paj@mobilemessenger.com]
**Sent:** Thursday, February 16, 2012 4:38 PM
**To:** Marion, Susan S
**Cc:** Chris Pachus
**Subject:** RE: 60206- *urgent

Hi Susan,

Chris escalated to me yesterday, that you were rebilled from short code 60206. I was shocked and appalled at this situation. I escalated immediately to the CP to ask for a please explain..

The bottom line is that the CP did not process the unsubscriptions properly on 185 of the original users.

I should have taken additional steps to block the users but I did not. To be sure, I had my team check the CP's unsubscription processing and it is working as it is meant to.

I have my team preparing the refund file, for your RA to process on these additional users that where rebilled, but if you wish I can have my call center team make contact with these users and issue refunds to them immediately. I could have all 185 users contacted and refunded by the end of tomorrow.

I am really embarrassed by this situation and truly appreciate your support and understanding in dealing with this matter so far. And I ask for one very last chance for this CP, please do not terminate this code.

Sincerely,

**Michael Pajaczkowski**
**Vice President: Carrier Operations & Consumer Protection**

---

**From:** Darcy Wedd
**Sent:** Friday, February 17, 2012 10:46 AM
**To:** Michael Paj (Michael.paj@mobilemessenger.com)
**Subject:** Tatto / Bullroar platform

Hi Paj,

Can you run analysis on Tatto agg unsubscribes. Normal analysis that shows any missed unsubs.

We have some subscriptions to their mblox codes and unsubs are not 100%. I assume it's the same bullroar platform that connects to m-Qube.

Thanks



GOVERNMENT
EXHIBIT
174
S3 15 Cr. 616 (KBF)

GOVERNMENT
EXHIBIT
181
S3 15 Cr. 616 (KBF)

TATTO

**July 2012:**
- **Paj wires 20% cut of Tatto auto-subscribing money to Wedd.**

 

Case 1:15-cr-00616-KBF    Document 495    Filed 09/01/17    Page 48 of 116

1   had already a couple of times changed and kind of backed out of
2   an agreed arrangement.
3      So I was -- I had met with Darcy just to get his
4   opinion to see what his thoughts were on the best way to move
5   forward and see what the other implications might be.
6   Q. Did Mr. Wedd provide you with any advice?
7   A. Yes.
8   Q. What did he say?
9   A. He mostly just supported the Tatto idea that I could set up
10   a corporate account and be wired money directly into the
11   account from Tatto.
12   Q. Did you discuss changing the nature of your relationship
13   arrangement with Mr. Wedd?
14   A. I did, yes.
15   Q. Describe that conversation.
16   A. After he and I spoke and I mentioned also to Darcy that I
17   would have to kind of reciprocate that arrangement whereby I
18   would need to start wiring him money as well, and that then
19   Darcy told me that he would like me to increase his share from
20   10 percent to 20 percent.
21   Q. Did he give you a reason why?
22   A. To compensate for the tax that he would have to pay on the
23   money also that I was sending him.
24   Q. Did Mr. Wedd indicate to you whether he had paid tax on the
25   money that he had received from you in cash prior to that?

1   was missing was Verizon Wireless phone numbers. I had plenty
2   of Sprint, T-Mobile, and AT&T phone numbers, but I needed more
3   Verizon Wireless phone numbers. That was the part he gave and
4   his help and assistance in doing the audits and continuing to
5   subscribe new users.
6   Q. So, during this meeting with Paj in Los Angeles, did the
7   topic of compensating Mr. Wedd come up?
8   A. Yes.
9   Q. Can you describe that part of the conversation.
10   A. Yes. So I asked him how Darcy Wedd is going to be
11   compensated, and he immediately brushed me off and told me
12   that, don't worry about that. I'll take care of that and that
13   we're good to go.
14   Q. When Paj said that he would take care of that with respect
15   to Darcy, what did you understand that to mean?
16   A. I believed that he would take -- from the payments that I
17   would send to him, that he would take care of Darcy.
18   Q. Take care of him how?
19   A. In terms of sharing the profits with Darcy Wedd.
20   MS. PAUL: Can we have on the screen for the witness,
21   Court, and counsel Government Exhibit 287, please.
22   Q. Mr. Miao, do you recognize Government Exhibit 287?
23   A. Yes.
24   Q. What is it?
25   A. It's an email from Darcy Wedd to Andrew Bachman and myself





## Wells Fargo Bank Account #2834679025
### (Phwoar LLC)

| TRANSACTION DATE | TRANSACTION DESCRIPTION | DEPOSIT AMOUNT | SOURCE OF DEPOSIT |
|---|---|---|---|
| 5/25/2012 | Wire In | 27,500.00 | Concise Consulting Bank of America x3512 |
| 6/7/2012 | Wire In | 57,500.00 | Concise Consulting Bank of America x3512 |
| 6/18/2012 | Wire In | 238,871.06 | Concise Consulting Bank of America x3512 |
| 7/10/2012 | ACH In | 153,320.64 | Concise Consulting Bank of America x3512 |
| 7/23/2012 | ACH In | 89,116.16 | Concise Consulting Bank of America x3512 |
| 8/16/2012 | ACH In | 191,195.00 | Concise Consulting Bank of America x3512 |
| 9/18/2012 | ACH In | 251,593.40 | Concise Consulting Bank of America x3512 |
| 9/18/2012 | ACH In | 251,593.40 | Concise Consulting Bank of America x3512 |
| 10/17/2012 | Wire In | 426,726.33 | Concise Consulting Bank of America x3512 |
| **Total** | | **$ 1,687,415.99** | |

GOVERNMENT
EXHIBIT
1408
S3. 15 Cr. 616 (KBF)

**Wells Fargo Bank Account #2834679025 (Phwoar LLC)**
**Bank of America Account #164103302813 (Phwoar LLC)**

| TRANSACTION DATE | TRANSACTION DESCRIPTION | DEPOSIT AMOUNT | SOURCE OF DEPOSIT | PHWOAR SOURCE OF DEPOSIT |
|---|---|---|---|---|
| 5/25/2012 | Wire In | 27,500.00 | Concise Consulting BofA x3512 | WFB x9025 |
| 6/7/2012 | Wire In | 57,500.00 | Concise Consulting BofA x3512 | WFB x9025 |
| 6/18/2012 | Wire In | 238,871.06 | Concise Consulting BofA x3512 | WFB x9025 |
| 7/10/2012 | ACH In | 153,320.64 | Concise Consulting BofA x3512 | WFB x9025 |
| 7/23/2012 | ACH In | 89,116.16 | Concise Consulting BofA x3512 | WFB x9025 |
| 8/16/2012 | ACH In | 191,195.00 | Concise Consulting BofA x3512 | WFB x9025 |
| 9/18/2012 | ACH In | 251,593.40 | Concise Consulting BofA x3512 | WFB x9025 |
| 9/18/2012 | ACH In | 251,593.40 | Concise Consulting BofA x3512 | WFB x9025 |
| 10/17/2012 | Wire In | 426,726.33 | Concise Consulting BofA x3512 | WFB x9025 |

| Total | | $ 1,687,415.99 |
|---|---|---|

| Difference | | $ 190,468.49 |
|---|---|---|

**Bank of America Account #914020651 (Ocean Tactics LLC)**

| TRANSACTION DATE | TRANSACTION DESCRIPTION | DEPOSIT AMOUNT | SOURCE OF DEPOSIT |
|---|---|---|---|
| 5/15/2012 | Wire In | 101,880.66 | Erdi Development BofA 6316 |
| 6/8/2012 | Wire In | 133,783.29 | Erdi Development BofA 6316 |
| 6/8/2012 | Wire In | 2,000.00 | Erdi Development BofA 6316 |
| 7/3/2012 | Wire In | 153,320.64 | Erdi Development BofA 6316 |
| 8/13/2012 | Wire In | 176,004.75 | Erdi Development BofA 6316 |
| 9/11/2012 | Wire In | 503,186.83 | Erdi Development BofA 6316 |
| 10/12/2012 | Wire In | 426,771.33 | Erdi Development BofA 6316 |

| Total | | $ 1,496,947.50 |
|---|---|---|



GOVERNMENT
EXHIBIT
1410
S3 15 Cr. 616 (KBF)

**Wells Fargo Bank Account #2834679025 (Phwoar LLC)**
**Bank of America Account #164103302813 (Phwoar LLC)**

| TRANSACTION DATE | TRANSACTION DESCRIPTION | DEPOSIT AMOUNT | SOURCE OF DEPOSIT | PHWOAR SOURCE OF DEPOSIT |
|---|---|---|---|---|
| 5/25/2012 | Wire In | 27,500.00 | Concise Consulting BofA x3512 | WFB x9025 |
| 6/7/2012 | Wire In | 57,500.00 | Concise Consulting BofA x3512 | WFB x9025 |
| | | | | |
| 7/23/2012 | ACH In | 89,116.16 | Concise Consulting BofA x3512 | WFB x9025 |
| | | | | |

| Total | | $ | 1,687,415.99 |
|---|---|---|---|

| Difference | | $ | 190,468.49 |
|---|---|---|---|

**Bank of America Account #914020651 (Ocean Tactics LLC)**

| TRANSACTION DATE | TRANSACTION DESCRIPTION | DEPOSIT AMOUNT | SOURCE OF DEPOSIT |
|---|---|---|---|
| | | | |
| 6/8/2012 | Wire In | 2,000.00 | Erdi Development BofA 6316 |
| | | | |

| Total | | $ | 1,496,947.50 |
|---|---|---|---|

GOVERNMENT EXHIBIT 1410
S3 15 Cr. 616 (KBF)

## Deposits and Credits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 07/03 | 312,899.28 | Wire Type:Book IN Date:120703 Time:1551 Et Trn:2012070300258260 Sndr Ref:79902564 Orig:Mdk Media Inc ID:000211573034 | 903707030258260 |
| 07/09 | 6,258.00 | Wire Type:Book IN Date:120709 Time:0517 Et Trn:2012070900037612 Sndr Ref:80073968 Orig:Mdk Media Inc ID:000211573034 | 903707090037612 |
| 07/16 | 445,580.80 | Wire Type:Book IN Date:120716 Time:1623 Et Trn:2012071600217418 Sndr Ref:01120716005438Nn Orig:Tatto Inc ID:004640414049 | 903707160217418 |

## Withdrawals and Debits - Continued
## Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 07/18 | 173,000.00 | Online Banking transfer to Sav 3444 Confirmation# 0157976118 | 957207187502927 |
| 07/18 | 89,116.16 | Transfer Concise Consulting I:Phwoar Llc Confirmation# 2661020923 | 957107187572222 |
| 07/18 | 11,000.00 | Transfer Concise Consulting I:Jonathan Murad Confirmation# 2661020921 | 957107187572228 |
| 07/19 | 3.00 | External transfer fee - 3 Day -        07/18/2012 Confirmation: 80579624 | 943207190001558 |

**$89,116.16 ÷ $445,580.80 = 20%**

GOVERNMENT
EXHIBIT
501
S3 15 Cr. 616 (KBF)

| Date | | | Amount | | |
|---|---|---|---|---|---|
| 01/05/12 | Tatto | Concise | $ | 60,116.54 | |
| 01/12/12 | Tatto | Concise | $ | 50,000.00 | |
| 01/18/12 | Tatto | Concise | $ | 60,000.00 | |
| 01/26/12 | Tatto | Concise | $ | 130,355.20 | |
| 02/15/12 | Tatto | Concise | $ | 54,514.68 | |
| 03/27/12 | Tatto | Concise | $ | 50,000.00 | |
| 04/11/12 | Tatto | Concise | $ | 43,364.22 | |
| 06/15/12 | Tatto | Concise | $ | 247,714.89 | |
| 07/16/12 | Tatto | Concise | $ | 445,580.80 | |
| 08/16/12 | Tatto | Concise | $ | 90,951.75 | |
| 08/21/12 | Tatto | Concise | $ | 58,204.64 | |
| 09/04/12 | Tatto | Concise | $ | 43,751.00 | |
| 09/24/12 | Tatto | Concise | $ | 10,026.20 | |
| 11/02/12 | Tatto | Concise | $ | 53,895.65 | |
| 11/19/12 | Tatto | Concise | $ | 15,000.00 | |
| 11/19/12 | Tatto | Concise | $ | 1,505.28 | |
| 12/17/12 | Tatto | Concise | $ | 10,261.39 | |
| 01/23/13 | Tatto | Concise | $ | 35,818.02 | |
| 02/19/13 | Tatto | Concise | $ | 59,174.77 | |
| 04/01/13 | Tatto | Concise | $ | 16,231.27 | |
| 05/03/13 | Tatto | Concise | $ | 23,464.60 | $ 1,559,930.90 | Tatto Media |

**EXHIBIT**

Labber

DX 450

H



CONCISE CONSULTING INC

**Combined Statement**
Page 3 of 5          000057733512
Statement Period
06/01/12 through 06/30/12
EO   P PA   0 A 51                007
Enclosures 0

## Withdrawals and Debits - Continued

### Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 06/07 | 67,000.00 | Online Banking transfer to Sav 3444 Confirmation# 0109119551 | 957206077503046 |
| 06/08 | 57,500.00 | Wire Type:Wire Out Date:120608 Time:1603 Et Trn:2012060800244075 Service Ref:010105 Bnf:Phwoar Llc ID:2834679025 Bnf Bk:Wells Fargo Ba Nk, N.A. ID:121000248 Pmt Det:78687814 Invoice Num Ber 002060412 | 903706080244075 |
| 06/08 | 25.00 | Wire Transfer Fee | 903706080244075 |
| 06/15 | 123,857.45 | Online Banking transfer to Sav 3444 Confirmation# 0380227997 | 957206157503250 |
| 06/18 | 238,871.06 | Wire Type:Wire Out Date:120618 Time:0515 Et Trn:2012061500314414 Service Ref:001822 Bnf:Phwoar Llc ID:2834679025 Bnf Bk:Wells Fargo Ba Nk, N.A. ID:121000248 Pmt Det:79029206 Sub Contrac Tor Fees | 903706150314414 |
| 06/18 | 25.00 | Wire Transfer Fee | 903706150314414 |
| 06/25 | 7,000.00 | Wire Type:Wire Out Date:120625 Time:0515 Et Trn:2012062500065192 Service Ref:001763 Bnf:Jonathan Murad ID:4864195081 Bnf Bk:Jpmorgan C Hase Bank, NA ID:322271627 Pmt Det:79349218 | 903706250065192 |
| 06/25 | 25.00 | Wire Transfer Fee | 903706250065192 |

GOVERNMENT
EXHIBIT
501
S3 15 Cr. 616 (KBF)

22   Q.  Was this an initiative that you were pushing forward?

23   A.  Yes, it was.

24   Q.  Mr. Wedd as well?

25   A.  Yes.

H8hnwed6               Pajaczkowski - redirect               Page 900

1   Q.  At the time that you were working on pushing ACM forward,

2    were you also auto-subscribing?

3   A.  Yes, I was.

4   Q.  What about Mr. Wedd?  At the time he was pushing ACM

5    forward, was he also auto-subscribing?

6   A.  Yes, he was.

7   Q.  Did you personally spend a lot of time on ACM?

8   A.  Yes, I did.

9   Q.  In the period 2012, 2011, going to 2013, about how much of

10    your time did you spend on ACM?

11   A.  A significant portion.

12   Q.  What about Mr. Wedd?

13   A.  A significant portion of his time.





9  Q.  Were you aware that Mr. Pajaczkowski or Mr. Eromo were
10    selling ninja lists?
11  A.  No, I wasn't.

To:        Darcy Wedd[Darcy.Wedd@mobilemessenger.com]
From:    Michael Paj
Sent:      2010-07-08T01:04:03Z
Importance:        Normal
Subject:   RE: Sprint Severity-1 audit - 10 Unique Creatives - Short code 20795
    ived:              2010-07-08T01:04:05Z


Agree 100%. For free?

From: Darcy Wedd
Sent: Wednesday, July 07, 2010 5:40 PM
To: Michael Paj
Subject: RE: Sprint Severity-1 audit - 10 Unique Creatives - Short code 20795
I think Transworld would be good to test Ninja?

GOVERNMENT
EXHIBIT
1814
S3 15 Cr. 616 (KBF)

From: Andrew Bachman [mailto:andrew@tattomedia.com]
Sent: Monday, November 07, 2011 5:21 AM
To: Darcy Wedd
Subject: few things

Looking forward to playing golf on friday. Really excited!!!

1. Set up time to meet with Jonny, I've got a few synergies to knock this out of the park and get him excited.
2. Do your best to get this code moved over for me today if possible.
3. I have 2 3rd row fix to Pacquiao's fight on saturday night @ mom in vegas. Can't use em, if you and Mel want them, or if you have someone you'd like to give them to let me know.

------Original Message------
From: Darcy Wedd
To: Andrew Bachman
Subject: RE: few things
Sent: Nov 7, 2011 12:27 PM

Cool mate.

1. I'll setup Johnny today. Maybe Saturday on his boat? (Marina del rey)

2. Chat with you soon about the code. Shouldn't be a problem.

3. And how much for the tickets? I'll see if Steve Taylor wants them.

Looking forward to Friday too!



GOVERNMENT
EXHIBIT
1806
S3 15 Cr. 616 (KBF)

# The Zhenya Scheme

Case 1:15-cr-00616-KBF Document 493 Filed 09/01/17 Page 63 of 116

**2009 – 2010:**
- **Zhenya develops a reputation as a bad actor.**




1   relationship?
2   A.  Yes.  They were friends as well as he was a business
3    partner of Mobile Messenger's.
4   Q.  Were you aware of Zhenya's role in the mobile phone
5    industry prior to 2012?
6   A.  Yes, I was.
7   Q.  What was it?
8   A.  He was a content provider.
9   Q.  To your understanding, did Zhenya have a reputation in the
10   mobile phone industry?
11   A.  Yes, he did.
12
13
14
15
16
17
18   Q.  What was that reputation?
19   A.  He was one of the most prolific auto-subscribers within
20    Mobile Messenger at least.
21   Q.  Now, prior to 2012, had you discussed that reputation with
22    Mr. Wedd?
23   A.  Yes, I had.
24   Q.  One time or more than one time?
25   A.  Numerous times.

1           THE COURT:  If she doesn't develop it.  But, let me
2    let her develop it a little bit.  Go ahead.
3   Q.  Under what circumstances had you discussed with Mr. Wedd
4    Zhenya being a bad actor?
5   A.  Being part of the executive team, these things are
6    discussed on a regular basis.  In the executive meetings, every
7    executive presents a report to Darcy and other executives of
8    things they are in charge of.  So if there is a compliance
9    issue with a particular client, it is discussed in executive
10   meeting.  If there is a sales concern or a rate negotiation,
11   then the sales guys bringing up the point.
12           So this comes up many times.  I've been an account
13   manager for Zhenya too.  It wasn't just as an executive.  I've
14   experienced it many different ways.  That conversation happened
15   through my life cycle as an employee at Mobile Messenger.
16   Q.  All right.
17           MS. PAUL:  Can we have up Government Exhibit 148,
18   please, which is in evidence.  Go to I think the second page.
19   Mr. Sidransky, if we can zoom in on the e-mail at the bottom
20    there.
21   Q.  Mr. Eromo, this is an e-mail to you and Darryl Quan from
22    Sam Elaribi dated October 7, 2009.  Do you see that?
23   A.  Yes, ma'am.
24   Q.  In the e-mail, can you read the first sentence of the
25    e-mail under "hi all."




# ZHENYA

July 2011:
* Zhenya auto-subscribes
  Canadian regulator
  Jason Kerr.

  

**From:** Jason Kerr [mailto:jkerr@cwta.ca]
**Sent:** Thursday, July 21, 2011 12:17 PM
**To:** Michael Paj
**Cc:** Robert Charney; Laura Shirley; Fraser Thompson; Short Code
**Subject:** RE: Customer Service Inquiry - 20409
**Importance:** High

Hi Michael,

This user is me. It is my mobile phone and it was spammed.

The 3 messages arrived from 20409 while I was in the shower this morning. I received them in this order; the PIN message, the content message, then the welcome message.

Upon further investigation, four (4) of our test handsets, one each on TELUS, Bell, Virgin, and SaskTel also received these 3 salvos of messages unsolicited – there were no online opt-ins or PIN entries.

GOVERNMENT
EXHIBIT
176
S3 15 Cr. 616 (KBF)

**From:** Michael Paj [mailto:Michael.paj@mobilemessenger.com]
**Sent:** July 21 2011 3:32 PM
**To:** Jason Kerr
**Cc:** Robert Charney; Laura Shirley; Fraser Thompson; Short Code
**Subject:** RE: Customer Service Inquiry - 20409

Jason,

I will immediately suspend all activity on these short codes.

Fraser is working on the Client information with all haste and we will have this to by the deadline.

Regards,
**Michael Pajaczkowski**
**Vice President: Carrier Operations & Consumer Protection**
**MOBILEMESSENGER**

GOVERNMENT
EXHIBIT
176
S3 15 Cr. 616 (KBF)

**From:** Michael Paj <michael.paj@mobilemessenger.com>

**To:** Jason Kerr <jkerr@cwta.ca>

**Cc:** Robert Charney <robert.charney@mobilemessenger.com>, Laura Shirley <lshirley@cwta.ca>, Fraser Thompson <fraser.thompson@mobilemessenger.com>, Short Code <shortcodes@cwta.ca>, Darcy Wedd <darcy.wedd@mobilemessenger.com>

**Date:** Thu, 21 Jul 2011 16:33:30 -0400

---

Dear Jason,

All billing and new subscriber acquisition is now blocked for short codes 34788 and 20409. Our staff are standing by for further instructions as per your email.

Here is the company information as requested:

Company Name: Norp Pty Ltd.
Contact Name: Stephen O'Sullivan (email: so'sullivan@alliedgold.com.au)
Contact Address: Level 14, 275 Alfred Street, North Sydney, NSW 2060, Australia

I have reviewed this escalation with Darcy and the decision has been made to block all billing and new subscriber acquisition for any short codes operated by Norp Pty Ltd. The blocking will remain in place as well as withholding of payments until this investigation is completed.

The short codes operated by Norp Pty Ltd are: 34788, 20409, 22636 & 65491.

Mobile Messenger is taking this escalation very seriously, so please do not hesitate in contacting me if you need any more information.

Regards,
Michael Pajaczkowski
Vice President: Carrier Operations & Consumer Protection
MOBILEMESSENGER

GOVERNMENT
EXHIBIT
176
53 15 Cr. 616 (KBF)

ZHENYA

**Late January 2012:**
- Wedd, Paj, and Eromo discuss a scheme to auto-subscribe with Zhenya.

  

| H8L3WED5 | Eromo - Direct | Page 1308 |
|---|---|---|

1  Q.  What do you recall about that?
2  A.  After the name Zhenya was thrown out and there was a
3  comfort level nodding of heads between the three people in the
4  meeting, myself, Darcy and Paj, then we started talking about
5  how it has to be on the aggregation side, new companies
6  probably have to be set up on the aggregation side. Let's get
7  on the phone with him.
8  Q.  All right.  You just mentioned that there was discussion
9  about new companies being set up on the aggregation side.  What
10  do you mean by that?
11  A.  The fact that Zhenya was on the full service side, we knew
12  that our idea to auto-subscribe with him wouldn't work on the
13  full service side.  It had to be on the aggregation side.
14  Q.  What would the role of new companies be in that process?
15  A.  Understood.  The conversation we were having around his
16  current set of companies was that his companies had revenues
17  under those companies in the millions of dollars billing on a
18  monthly basis.  So, we wanted to have him create companies on
19  the agg -- or new companies that have nothing to do with his
20  current set of companies on the full service platform, that
21  have no connection to him, so that there is a separation, just
22  in case anything happened with the auto-subscription on the
23  aggregation platform.
24         MS. PAUL: Can we have up what's in evidence as
25  Government Exhibit 131, please.



# ZHENYA

January 26, 2012:
- Zhenya/Eromo, Wedd/Paj, and Wedd/Zhenya talk via cell phone.

   

| Connection Date (UTC) | Connection Time (UTC) | Connection Time (PST) | Elapse Time | Owner of Originating Number | Owner of Terminating Number |
|---|---|---|---|---|---|
| 1/27/2012 | 3:01:20 AM | 01/26/2012 7:01:20 PM | 0:33 | Michael Pajaczkowski | Darcy Wedd |
| 1/27/2012 | 4:43:34 AM | 01/26/2012 8:43:34 PM | 13:28 | Eugeni "Zhenya" Tsvetnenko | Erdolo Eromo |
| 1/27/2012 | 4:55:20 AM | 01/26/2012 8:55:20 PM | 9:19 | Darcy Wedd | Michael Pajaczkowski |
| 1/27/2012 | 5:10:51 AM | 01/26/2012 9:10:51 PM | 31:10 | Darcy Wedd | Eugeni "Zhenya" Tsvetnenko |

GOVERNMENT
EXHIBIT
1705
S3 15 Cr. 616 (KBF)

ZHENYA

January 27, 2012:
- Paj sends Eromo projected figures for the Zhenya auto-subscribing scheme.

 

**Subject:** numbers
**From:** Spicy Meatball <thats1spicymeatball@gmail.com>
**Date:** 1/27/2012 3:17 PM
**To:** erdolo <erdolo@gmail.com>

Heads Up

| | |
|---|---|
| sub | 2,000,000 |
| no vzw | 1,200,000 |
| @ $9.99 | $11,988,000.00 |
| @ 85% BR | $10,189,800.00 |
| @ 15% RR | $8,661,330.00 |
| @ 65% carrier pay | $5,629,864.50 |
| @ 70% advance | $3,940,905.15 |
| @ 50% share | $1,970,452.58 |

| | |
|---|---|
| E @ 40% | $788,181.03 |
| P @ 40% | $788,181.03 |
| J @ 5% | $98,522.63 |
| D @ 15% | $295,567.89 |

LTV

| | |
|---|---|
| subs | 2,000,000 |
| no vzw | 1,200,000 |
| @ $16.71 ave LTV | $20,053,846.15 |
| @ 85% BR | $17,045,769.23 |
| @ 15% RR | $14,488,903.85 |
| @ 65% carrier pay | $9,417,787.50 |
| @ 70% advance | $6,592,451.25 |
| @ 50% share | $3,296,225.63 |

| | |
|---|---|
| E @ 40% | $1,318,490.25 |
| P @ 40% | $1,318,490.25 |
| J @ 5% | $164,811.28 |
| D @ 15% | $494,433.84 |

GOVERNMENT
EXHIBIT
131
S3 15 Cr. 016 (KBF)

ZHENYA

**February 7, 2012:**
- Wedd signs an aggregation contract for CF Enterprises.






Watertown, MA 0247
P: + 1 617 673 240
F: + 1 617 673 240

**Service Order Form for Premium Aggregation**

**Effective Date:** The date of last signature below.

### m-QUBE INFORMATION

Address for Notices: 311 Arsenal Street, Watertown, MA 02472

Account Representative: TBD

### Customer Information

| Company: | **CF Enterprises PTY LTD** | State of Incorporation: NSW |
|---|---|---|
| Address: | Suite 475, Seabridge House, 377 Kent Street, Sydney NSW 2000 | |
| Contact | Clint Nesbitt | Phone: 02 8324 1333 |
| Title: | Director | Fax: |
| E-mail: | clint@cf-enter.com | Mobile: |
| Type: | ☒ New Customer  ☐ Additional Service | ☐ Additional Service (i.e. Additional countries or additional Short Code) |
| Short Code(s): | TBD | |

---

# "CF Enterprises (Prem Agg US)" History

⚲ Document created by Jacqui johnson (jacqui.johnson@mobilemessenger.com)
February 07, 2012 - 6:50 PM GMT - 63.81.132.18

📧 Document emailed to Darcy Wedd (darcy.wedd@mobilemessenger.com) for signature
February 07, 2012 - 6:50 PM GMT

⚲ Document viewed by Darcy Wedd (darcy.wedd@mobilemessenger.com)
February 07, 2012 - 6:51 PM GMT - 63.81.132.18

✍ Document esigned by Darcy Wedd (darcy.wedd@mobilemessenger.com)
February 07, 2012 - 6:51 PM GMT - 63.81.132.18

📧 Document emailed to Clinton Nesbitt (clint@cf-enter.com) for signature
February 07, 2012 - 6:51 PM GMT

⚲ Document viewed by Clinton Nesbitt (clint@cf-enter.com)
February 08, 2012 - 4:55 AM GMT - 103.29.216.153

✍ Document esigned by Clinton Nesbitt (clint@cf-enter.com)
February 08, 2012 - 4:57 AM GMT - 103.29.216.153

✪ Signed document emailed to all eligible parties
February 08, 2012 - 4:57 AM GMT



GOVERNMENT
EXHIBIT
1201
S3 15 Cr. 616 (KBF)

**Late January – Early February, 2012:**
- Eromo and Thompson discuss the Zhenya auto-subscribing scheme.






| 1/27/2012 | 6:26:26 PM | 01/27/2012 10:26:26 AM | 0:00 | Fraser Thompson | Michael Pajaczkowski |
|---|---|---|---|---|---|
| 1/27/2012 | 6:26:40 PM | 01/27/2012 10:26:40 AM | 0:15 | Fraser Thompson | Michael Pajaczkowski |
| 1/27/2012 | 6:38:18 PM | 01/27/2012 10:38:18 AM | 0:11 | Michael Pajaczkowski | Fraser Thompson |
| 1/27/2012 | 10:48:54 PM | 01/27/2012 2:48:54 PM | 2:11 | Michael Pajaczkowski | Darcy Wedd |
| 1/27/2012 | 10:55:56 PM | 01/27/2012 2:55:56 PM | 0:00 | Michael Pajaczkowski | Fraser Thompson |
| 1/27/2012 | 10:58:41 PM | 01/27/2012 2:58:41 PM | 3:29 | Fraser Thompson | Michael Pajaczkowski |
| 1/30/2012 | 12:35:14 AM | 01/29/2012 4:35:14 PM | 0:00 | Fraser Thompson | Darcy Wedd |
| 1/30/2012 | 12:42:49 AM | 01/29/2017 4:42:49 PM | 0:00 | Darcy Wedd | Fraser Thompson |
| 1/30/2012 | 12:43:11 AM | 01/29/2012 4:43:11 PM | 0:04 | Darcy Wedd | Fraser Thompson |
| 1/30/2012 | 12:47:55 AM | 01/29/2012 4:47:55 PM | 2:16 | Fraser Thompson | Darcy Wedd |
| 1/31/2012 | 11:30:24 PM | 01/31/2012 3:30:24 PM | 0:06 | Darcy Wedd | Fraser Thompson |
| 1/31/2012 | 11:31:43 PM | 01/31/2012 3:31:43 PM | 2:09 | Fraser Thompson | Darcy Wedd |
| 2/2/2012 | 1:57:25 AM | 02/01/2012 5:57:25 PM | 9:51 | Fraser Thompson | Erdolo Eromo |
| 2/2/2012 | 2:09:30 AM | 02/01/2012 6:09:30 PM | 0:00 | Fraser Thompson | Michael Pajaczkowski |
| 2/3/2012 | 8:37:00 PM | 02/03/2012 12:37:00 PM | 12:09 | Erdolo Eromo | Fraser Thompson |
| 2/7/2012 | 8:15:31 PM | 02/07/2012 12:15:31 PM | 0:03 | Fraser Thompson | Erdolo Eromo |
| 2/7/2012 | 8:16:24 PM | 02/07/2012 12:16:24 PM | 5:09 | Fraser Thompson | Erdolo Eromo |
| 2/7/2012 | 8:22:01 PM | 02/07/2012 12:22:01 PM | 12:43 | Fraser Thompson | Michael Pajaczkowski |
| 2/7/2012 | 8:36:34 PM | 02/07/2012 12:36:34 PM | 0:00 | Fraser Thompson | Darcy Wedd |
| 2/7/2012 | 9:05:02 PM | 02/07/2012 1:05:02 PM | 6:14 | Fraser Thompson | Erdolo Eromo |
| 2/7/2012 | 9:48:38 PM | 02/07/2012 1:48:38 PM | 5:26 | Darcy Wedd | Fraser Thompson |
| 2/8/2012 | 6:55:18 PM | 02/08/2012 10:55:18 AM | 0:00 | Fraser Thompson | Darcy Wedd |
| 2/9/2012 | 12:50:20 AM | 02/08/2012 4:50:20 PM | 0:05 | Fraser Thompson | Erdolo Eromo |
| 2/9/2012 | 1:01:26 AM | 02/08/2012 5:01:26 PM | 18:18 | Erdolo Eromo | Fraser Thompson |
| 2/9/2012 | 1:22:58 AM | 02/08/2012 5:22:58 PM | 0:59 | Erdolo Eromo | Fraser Thompson |

GOVERNMENT
EXHIBIT
1705
S3 15 Cr. 616 (KBF)

10        So we met up at Starbucks.   I explained to him how we
11     were looking at getting and setting up our own content
12     providers to run the offers on the full service platform.   I
13     also explained to him how Michael Paj had created an
14     auto-subscription playbook from -- and the way he was able to
15     create this playbook was because of his position at Mobile
16     Messenger with consumer protection.  They created a system to
17     catch individuals that were auto-subscribing, and within that
18     system it tracked the -- like a bell curve, the normal activity
19     of what true two-factor authentication would look like.  And I
20     explained to him how Paj had created a system to mimic all of
21     this, and that we would potentially do this with Zhenya.
22  Q.  When you explained to Mr. Thompson that Paj had created
23     this auto-subscription playbook, what was his response?
24  A.  Fraser's far more technical than I am, so he's asking me
25     some technical questions that I couldn't answer.  He was

H8L3WED5          Eromo - Direct                    Page 1313

1     curious, he was interested, and he wanted to find out more, and
2     find out how we could all work together.



ZHENYA

**February 13, 2012:**
- **Eromo sends an email reminder to himself to "Talk to Fraser about CF Enterprises".**




**From:** Erdolo Eromo <erdolo@yahoo.com>
**Sent:** Monday, February 13, 2012 6:10 PM
**To:** Erdolo Eromo
**Subject:** Talk to Fraser about  CF enterprises

GOVERNMENT
EXHIBIT
857
S3 15 Cr. 616 (KBF)

ZHENYA

February 14, 2012:
- Thompson creates
  Ocean Tactics LLC.



LLC-1 | File # **2 0 1 2 0 6 2 1 0 2 4 4**



# State of California
## Secretary of State

**FILED**
In the office of the Secretary of State
of the State of California

**FEB 14 2012**

# LIMITED LIABILITY COMPANY
# ARTICLES OF ORGANIZATION

A \$70.00 filing fee must accompany this form.

**IMPORTANT – Read instructions before completing this form.**

This Space For Filing Use Only

**ENTITY NAME** (End the name with the words "Limited Liability Company," or the abbreviations "LLC" or "L.L.C." The words "Limited" and "Company" may be abbreviated to "Ltd." and "Co.," respectively.)

1. NAME OF LIMITED LIABILITY COMPANY

Ocean Tactics, LLC

GOVERNMENT
EXHIBIT
604
S3 15 Cr. 616 (KBF)

# ZHENYA

**Mid-February 2012:**
- **Thompson joins in-office discussions about the scheme to auto-subscribe with Zhenya.**

   

17 Q. Did Mr. Thompson suggest any methods to avoid detection
18  from auto-subscribing with Zhenya?
19 A. Yes, he did.
20 Q. What did he suggest?
21 A. He suggested that, instead of e-mailing the data files to
22  Zhenya that I set up, I create another alias e-mail address and
23  store the e-mail files in the draft section so I could then
24  provide the log-in credentials to the e-mail account to Zhenya,
25  and there wouldn't be any direct evidence of me e-mailing those

H8gnwed3              Pajaczkowski - direct              Page 510

1  files to him.  It would just be an open account that he would
2  access.
3 Q. How in your mind would setting up an e-mail account and
4  saving those files in the drafts, in a draft e-mail help avoid
5  detection?
6 A. It would provide a sense of plausible deniability.  You
7  could say that I never sent those e-mails.  He got access to
8  them to other way.



ZHENYA

**May 2012:**
- Eromo, Paj, Wedd, and Thompson begin to receive their cut of the auto-subscribing money.








# Concise Consulting, Inc.

**Date** 12/26/2011

**Invoice #** 5



**CUSTOMER**

Lin Miao
TattoMedia
10 High Street, Suite 900
Boston, MA 02111
Direct: 617.236.8005 Ext: 2001

| Date | Description | Hourly Rate | Number of Hours | Total |
|------|-------------|-------------|-----------------|-------|
| 31-Oct-2011 | Management and Consulting Services | $250 | 20 | $5,000.00 |
| 7-Nov-2011 | Management and Consulting Services | $250 | 20 | $5,000.00 |
| 14-Nov-2011 | Management and Consulting Services | $250 | 200 | $50,000.00 |
| 21-Nov-2011 | Management and Consulting Services | $250 | 200 | $50,000.00 |
| 28-Nov-2011 | Management and Consulting Services | $250 | 200 | $50,000.00 |
| 5-Dec-2011 | Management and Consulting Services | $250 | 200 | $50,000.00 |
| 12-Dec-2011 | Management and Consulting Services | $250 | 200 | $50,000.00 |
| 19-Dec-2011 | Management and Consulting Services | $250 | 200 | $50,000.00 |

| Total | | $310,000.00 |
|-------|--|-------------|

---

**Ocean Tactics, LLC**
767 Haverford Ave
Pacific Palisades, California 90272
United States
Tel: 424-229-2652



**Bill to:**
**Erdi Development**
Erdolo Eromo
3774 Degnan Blvd
Los Angeles, California 90018
United States
erdolo@yahoo.com

| | |
|---|---|
| Invoice number: | 00008 |
| Invoice date: | September 10, 2012 |
| Due date: | September 25, 2012 |
| Amount due (USD): | $0.00 |

| SERVICE | QTY | PRICE | AMOUNT |
|---------|-----|-------|--------|
| Consulting<br>Consulting Professional Services | 1 | $503,186.83 | $503,186.83 |

---

| | |
|---|---|
| **To:** | Maria Bokaris[therealconciseconsulting@gmail.com] |
| **Cc:** | SE Ventures[seventuresinc@gmail.com] |
| **From:** | SE Ventures |
| **Sent:** | 2012-10-09T20:22:48Z |
| **Importance:** | Normal |
| **Subject:** | Invoices Needed |
| **Received:** | 2012-10-09T20:22:50Z |



Hello.

I need an invoice for the month of Sept. for the following amounts which need to be broken down on one invoice or you can send them as separate invoices:

- 853,452.66 for Sept consulting
- 12,510.54 for online marketing / traffic

---

**SE VENTURES**
879 W 190th st Gardena, Ca 90248

**Invoice No.** 151

**INVOICE**

| Customer | | Misc | |
|----------|--|------|--|
| Name | Digimobi | Date | 6/22/2012 |
| Address | | Order No. | |
| City | State ZIP | Rep | |
| Phone | carl.digimobi@gmail.com | FOB | |

| Qty | Description | Unit Price | TOTAL |
|-----|-------------|------------|-------|
| 1 | Consulting | $ 81,670.38 | $ 81,670.38 |

1 Q. If you can look in the chart under description, what does
2  it say for each of the lines?
3 A. Management and consulting services.
4 Q. Why did you put that in there?
5 A. Because I didn't want to write fees for auto-subscription.
6 Q. Did you actually provide management and consulting services
7  to Mr. Miao?
8 A. I did not, no.
9 Q. What was the money for?
10 A. It was for the list of phone numbers I gave him to
11  auto-subscribe.
12 Q. There is a column for hourly rate and a column for number
13  of hours.
14   Do you see that?
15 A. Yes, I do.
16 Q. Did you actually provide services at an hourly rate and for
17  a particular number of hours?
18 A. I did not.
19 Q. Do these numbers bear any relation to the actual work you
20  were doing? The hourly rate and the number of hours listed.
21 A. They did not, no.
22   THE COURT: The dates on the far left where it says 31
23 October, 2011, etc. -- did those correspond to dates upon which
24 you actually gave them information, or are those just made-up
25 dates?



---

1 BY MS. PAUL:
2 Q. Again, here the description says "consulting."
3   Do you see that?
4 A. Yes, ma'am.
5 Q. Had Zhenya provided Digi any consulting services?
6 A. No, ma'am.
7 Q. Why does the description say "consulting"?
8 A. We were trying to hide the fact that we were
9  auto-subscribing.
10 Q. What's the total amount of this invoice?
11 A. $81,670.38.
12 Q. What does that reflect?
13 A. It reflects auto-subscription.
14 Q. Does that reflect the 30 percent cut that the four of you
15  were owed?
16 A. Yes, it does.
17 Q. For whatever period of time this invoices covers?
18 A. Yes, ma'am.
19 Q. How often approximately did you ask Mak to send out
20  invoices of this type to DigiMobi?
21 A. Weekly, as well as monthly.
22 Q. Are those other invoices also contained within this
23  document, which is Government Exhibit 704?
24 A. Yes, there are.
25 Q. Can you take a look at page 11 of this document.



# ZHENYA

**July – September 2012:**
- **Vianney Willot, Gloria Bermudez, and Wendy Jagger, along with other consumers, are auto-subscribed by CF Enterprises and DigiMobi.**







| 44 | 910 | Vianney Willot | Michigan | 517 | 7/26/2012 | 11:49 AM | Not Listed | PREM_SMS 91845 Numerology | 91845 | $9.99 | Page 5 |
| 45 | 910 | Vianney Willot | Michigan | 517 | 8/26/2012 | 12:17 PM | Not Listed | PREM_SMS 91845 Numerology | 91845 | $9.99 | Page 12 |
| 46 | 910 | Vianney Willot | Michigan | 517 | 9/26/2012 | 12:14 PM | Not Listed | PREM_SMS 91845 Numerology | 91845 | $9.99 | Page 20 |
| | | | | | | | | | | | |
| 48 | 911 | Wendy Jagger | Indiana | 765 | 8/1/2012 | 5:16 PM | Not Listed | PREM_SMS 71535 Mobile Tonez | 71535 | $9.99 | Page 14 |
| 49 | 943 | Gloria Bermudez | Bronx, New York | 646 | 7/13/2012 | 6:24 PM | CF Enterprises | 8004166129 HrMeMobl 29104 | 29104 | $14.99 | Page 5 |

GOVERNMENT
EXHIBIT
999
S3 15 Cr. 616 (KBF)

ZHENYA

**Late August 2012:**
- **Thompson learns that Marc Ouellette has been auto-subscribed by DigiMobi.**




**To:**    Fraser Thompson[fraser.thompson@mobilemessenger.com]
**From:**   Marc Ouellette
**Sent:**    2012-08-27T12:57:29Z
**Importance:**    Normal
**Subject:**  FW: SC 71535 double opted me in
**Received:**    2012-08-27T12:57:31Z

Not sure if this is a big deal or not.

**Marc Ouellette**
**Director of Provisioning and Certification**
**MOBILEMESSENGER**

**From:** Marc Ouellette
**Sent:** Monday, August 27, 2012 8:54 AM
**To:** Jonathan Murad
**Subject:** SC 71535 double opted me in

Hi Jon,

I was double opted into SC 71535 yesterday with zero interaction on my end. Not sure if it was the client doing this or if someone mistook my phone # for a test MIN.  Just want to bring it to your attention.

| | | | | | |
|---|---|---|---|---|---|
| ± | Aug 26, 2012 3:21:07 PM | prod-smsgw3 | DIGIM_71535_MBLTNZA_999_S | NO_VALUE | V |
| ± | Aug 26, 2012 3:21:07 PM | prod-smsgw3 | DIGIM_71535_MBLTNZA_999_S | NO_VALUE | BS2_OU |
| ± | Aug 26, 2012 3:21:06 PM | prod-smsgw4 | DIGIM_71535_MBLTNZA_999_S | CONTENT | V |
| ± | Aug 26, 2012 3:21:06 PM | prod-smsgw4 | DIGIM_71535_MBLTNZA_999_S | CONTENT | MT_S |
| ± | Aug 26, 2012 3:21:05 PM | prod-smsgw2 | DIGIM_71535_MBLTNZA_999_S | CONTENT | WSGW |
| ± | Aug 26, 2012 3:21:03 PM | prod-smsgw2 | DIGIM_71535_MBLTNZA_999_S | PURCHASE | WSGW |

**GOVERNMENT EXHIBIT 101**
S2 15 Cr. 616 (KBF)

1     forwarding him in the e-mail we just talked about.
2  Q.  On the same date, August 27, 2012?
3  A.  Yes, ma'am, same date.
4  Q.  You testified that you saw this e-mail.  What do you recall
5     about the circumstances of that?
6  A.  It was early morning that day.  I was in our Los Angeles
7     office in Culver City.  Fraser came in that morning, beelined
8     to my office, closed the door, put his bag down and was pacing
9     really fast back and forth.  And he proceeded to tell me about
10    this e-mail and said, you know, he got auto-subscribed, Marc
11    Ouellette is telling me he got auto-subscribed.  I thought we
12    had a system in place where people do not get auto-subscribed
13    that are not supposed to get auto-subscribed.



ZHENYA

**September 2012:**
- **Eromo, Paj, Wedd, and Thompson continue to receive their cut of the auto-subscribing money.**

   

**From:** Ocean Tactics <fraser=oceantactics.com@waveaccounting.com> on behalf of Ocean Tactics, LLC <fraser@oceantactics.com>
**Sent:** Sunday, September 9, 2012 9:38 PM
**To:** erdolo@yahoo.com
**Subject:** Invoice from Ocean Tactics, LLC



## Hello Erdolo Eromo,

Ocean Tactics, LLC has sent you an invoice.

**Invoice payable on or before**: 2012-09-25
**Invoice amount:** $503,186.83 (USD - U.S. dollar)

**Message from Ocean Tactics, LLC:**

Thank you

View the Invoice



Ocean Tactics, LLC
767 Haverford Ave
Pacific Palisades, California 90272
United States
Tel: 424-229-2652

Bill to:
Erdi Development
Erdolo Eromo
3774 Degnan Blvd
Los Angeles, California 90018
United States
erdolo@yahoo.com

| | |
|---|---|
| Invoice number: | 00008 |
| Invoice date: | September 10, 2012 |
| Due date: | September 25, 2012 |
| Amount due (USD): | $0.00 |

| SERVICE | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Consulting<br>Consulting Professional Services | 1 | $503,186.83 | $503,186.83 |

| | |
|---|---|
| Total (USD): | $503,186.83 |
| Payments | |
| September 11, 2012: | $503,186.83 |
| Total Paid (USD) | $503,186.83 |

Amount Due

**$0.00**



GOVERNMENT EXHIBIT 806
S2 15 Cr. 616 (KBF)

GOVERNMENT EXHIBIT 1606
S3 15 Cr. 616 (KBF)

|  | Aug-12 |
|---|---|
| Total Income from CF: | 344,297.76 |
| 5% of Total to SE: | 17,214.88 |
| Total Expenses: | 0 |
| Amount Owed: | 327,082.88 |

| Profit Split: | 25% to Erdi: | 81,770.72 |
|---|---|---|
|  | 50% to Concise: | 163,541.44 |
|  | 25% to Erdolo: | 81,770.72 |

GOVERNMENT
EXHIBIT
824-A
S3 15 Cr. 616 (KBF)

## Digimobi Income Spreadsheet - Cash Basis

| Jun-12 | | Jul-12 | Aug-12 |
|---|---|---|---|
| 81,670.38 | | 279,202.93 | 421,155.23 |
| 4,083.52 | | 13,960.15 | 21,057.76 |
| 0.00 | | 0.00 | 0 |
| 77,586.86 | | 265,242.78 | 400,097.47 |
| 19,396.71 | | 66,310.69 | 100,024.36 |
| 38,793.42 | | 132,621.38 | 200,048.73 |
| 19,396.71 | | 66,310.69 | 100,024.36 |
| | 25%to Erdi | 35,600.99 | |
| | 50% to Concise | 71,201.98 | |
| | 25% to Erdolc | 35,600.99 | |

GOVERNMENT
EXHIBIT
824-B
S3 15 Cr. 616 (KBF)

# SE Ventures BofA Financials - Cash Basis

|  |  | Aug-12 |
|---|---|---|
| Total Income from MM: |  | 636,616.63 |
| 5% of Total to SE: |  | 31,830.83 |
| Total Expenses: |  | 323,848.72 |
| Amount Owed: |  | 280,937,08 |
| Profit Split: | 25% to Erdi: | 70,234.27 |
|  | 50% to Concise: | 140,468.54 |
|  | 25% to Erdolo: | 70,234.27 |

GOVERNMENT
EXHIBIT
824-C
S3 15 Cr. 616 (KBF)

|                                       |                   | Aug-12      |
|---------------------------------------|-------------------|-------------|
| **Total Income from Mindkontrol:**    |                   | 501,430.46  |
| 1% of Total to SE:                    |                   | 5,014.30    |
| Total Expenses:                       |                   | 0           |
| Amount Owed:                          |                   | 496,416.16  |
| Profit Split:                         | 25% to Erdi:      | 124,104.04  |
|                                       | 50% to Concise:   | 248,208.08  |
|                                       | 25% to Erdolo:    | 124,104.04  |

GOVERNMENT
EXHIBIT
824-D
S3 15 Cr. 616 (KBF)

# Anacapa Media **Spreadsheet - Cash Basis**

|                           |                  | Aug-12      |
|---------------------------|------------------|-------------|
| **Total Income from MM:** |                  | 535,247.85  |
| 5% of Total to Anacapa:   |                  | 26,762.39   |
| Total Expenses:           |                  | 271.70      |
| Amount Owed:              |                  | 508,213.76  |
| Profit Split:             | 25% to Erdi:     | 127,053.44  |
|                           | 50% to Concise:  | 254,106.88  |
|                           | 25% to Erdolo:   | 127,053.44  |

GOVERNMENT
EXHIBIT
824-E
S3 15 Cr. 616 (KBF)

| | |
|---|---|
| **GX 824A: CF Money Owed to Thompson** | **$81,770.72**<br>**(auto-subscribing $)** |
| **GX 824B: Digi Money Owed to Thompson** | **$100,024.36**<br>**(auto-subscribing $)** |
| **GX 824C: SE Ventures Money Owed to Thompson** | **$70,234.27** |
| **GX 824D: MindKontrol Money Owed to Thompson** | **$124,104.04** |
| **GX 824E: Anacapa Money Owed to Thompson** | **$127,053.44** |
| **Total Money Owed to Thompson** | **$503,186.83** |

**From:** Ocean Tactics <fraser=oceantactics.com@waveaccounting.com> on behalf of Ocean Tactics, LLC <fraser@oceantactics.com>
**Sent:** Sunday, September 9, 2012 9:38 PM
**To:** erdolo@yahoo.com
**Subject:** Invoice from Ocean Tactics, LLC



# Hello Erdolo Eromo,

Ocean Tactics, LLC has sent you an invoice.

**Invoice payable on or before**: 2012-09-25
**Invoice amount**: $503,186.83 (USD - U.S. dollar)

**Message from Ocean Tactics, LLC:**

Thank you

View the Invoice

---

**Ocean Tactics, LLC**
767 Haverford Ave
Pacific Palisades, California 90272
United States
Tel: 424-229-2652

Bill to:
**Erdi Development**
Erdolo Eromo
3774 Degnan Blvd
Los Angeles, California 90018
United States
erdolo@yahoo.com

| | |
|---|---|
| **Invoice number:** | 00008 |
| **Invoice date:** | September 10, 2012 |
| **Due date:** | September 25, 2012 |
| **Amount due (USD):** | $0.00 |

| SERVICE | QTY | PRICE | AMOUNT |
|---|---|---|---|
| **Consulting**<br>Consulting Professional Services | 1 | $503,186.83 | $503,186.83 |

| | |
|---|---|
| **Total (USD):** | $503,186.83 |
| **Payments** | |
| September 11, 2012: | $503,186.83 |
| **Total Paid (USD)** | $503,186.83 |

**Amount Due**
# $0.00

**GOVERNMENT EXHIBIT 806**
S2 15 Cr. 616 (KBF)

**GOVERNMENT EXHIBIT 1606**
S3 15 Cr. 616 (KBF)

**Combined Statement**
Page 6 of 8                    000211872311
Statement Period
09/01/12 through 09/30/12
E0   E PB   EB 51

MDK MEDIA INC
DBA SE VENTURES

| Date | Amount | Description |
|---|---|---|
| 09/10 | 503,186.33 | Wire Type:Book Out Date:120910 Time:1318 Et Trn:2012091000210705 Related Ref:83307508 Bnf:Erdi Development, Llc ID:000502776316 |
| 09/10 | 20.00 | Wire Transfer Fee |
| 09/10 | 20.00 | Wire Transfer Fee |
| 09/11 | 1,006,373.66 | Wire Type:Book Out Date:120911 Time:1613 Et Trn:2012091100238586 Related Ref:01120911002996Nn Bnf:Concise Consulting Inc ID:000057733512 |

GOVERNMENT
EXHIBIT
505
S2 15 Cr. 616 (KBF)

ERDI DEVELOPMENT, LLC

Page 2 of 4
Statement Period
09/01/12 through 09/30/12
E0   E PB   EB 51

Account Number   0005 0277 6316

## Withdrawals and Debits

## Other Debits

| Date Posted | Amount ($) | Description |
|---|---|---|
| 09/10 | 12.00 | Wire Transfer Fee |
| 09/11 | 503,186.83 | Wire Type:Book Out Date:120911 Time:1158 Et Trn:2012091100160679 Related Ref:83373000 Bnf:Ocean Tactics, Llc ID:000914020651 Pmt Det:Con Sulting |

GOVERNMENT
EXHIBIT
502
S2 15 Cr. 616 (KBF)



CONCISE CONSULTING INC

H

**Combined Statement**
Page 3 of 5          000057733512
Statement Period
09/01/12 through 09/30/12
E0   P PA   0 A 51          0072780
Enclosures 0

## Withdrawals and Debits - Continued

### Other Debits

| 09/13 | 251,593.40 | Transfer Concise Consulting I:Phwoar Llc Confirmation# 2753540393 |
| 09/13 | 251,593.40 | Transfer Concise Consulting I:Phwoar Llc Confirmation# 2753540616 |

GOVERNMENT
EXHIBIT
501
S2 15 Cr. 616 (KBF)

# ASSIGNMENT OF RIGHTS BETWEEN SE VENTURES, INC. AND CF ENTERPRISES PTY LTD

SE Ventures wishes to assign CF Enterprises the benefit of all its rights under the Service Order with respect to short code 49734; and

3. CF Enterprises will make a one-time payment of $30,000 to Mobile Messenger US within 30 days of the date of this agreement. After Mobile Messenger US receives the payment, Mobile Messenger US will make a one-time payment of $25,000 to SE Ventures.


GOVERNMENT
EXHIBIT
105-C
S3. 15 Cr. 616 (KBF)

## TATTO COUNTS



**Count One: Wire Fraud Conspiracy**

**Count Two: Wire Fraud**

**Count Three: Aggravated Identity Theft**

**Count Four: Money Laundering Conspiracy**

## ZHENYA COUNTS

 

**Count Five: Wire Fraud Conspiracy**

**Count Six: Wire Fraud**

**Count Seven: Aggravated Identity Theft**

**Count Eight: Money Laundering Conspiracy**

# VENUE