September 5, 2017

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 1 1 2017
```

United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Darcy Wedd, #S3 15 Cr. 616 (KBF)

Dear Judge Forrest,

I have just left your courtroom not knowing whether to scream or cry. I couldn't see straight nor could I look anyone in the eye. I am so disappointed and aghast in how the verdict played out, all because of ONE Juror. It makes absolutely NO SENSE that one person can maintain that type of control or outcome to a case that was so well presented by the Government. It sickens me. The one Juror refused to hear reason, he did not take any Testimony as truth due to the lack of witness credibility, he disregarded any and all Conscious Avoidance explanation and assumed Circumstantial Evidence was not enough to consider evidence. He defied the rules and regulations of what we were told to use in coming to a verdict. He wanted only black and white evidence, something in writing that had Darcy's signature on it for him to think he didn't know of the scheme. It was outrageous. This Juror should have been kicked off the Jury due to not following your direction, and this was from the first moment we began deliberations.

And, the process was too alienating for novices. I felt like we were left out to dry with no assistance from someone who can "referee" as you said with Juries, Deliberation and the Law. It was insane. I wanted to jump out the window and scream bloody murder. Not to mention, we are not a Jury of peers. There was so much diversity in background, education, age, experience, beliefs, that to think we could all come to one conclusion is ludicrous and any one in their right mind should know that. That case was intricate, the laws are complicated and there were a thousand variables, that to expect a Jury to really understand what and how it went down is unreasonable. However, we did and 11 out of 12 people came to a conclusion, confidently, beyond a reasonable doubt. This case was about common sense and you should know this better than anyone, common sense is very uncommon. The system failed miserably and those people in the legal system need to change it. It is not just and fair. Let's start with innocent until proven guilty. Darcy Wedd is guilty and he got off because one Juror violated the Jury rules. It's disgusting.

This was one of the worst experiences of my life and if I can help it, I will never be on a Jury again, not because I don't think it's my civic duty but because the system has major flaws and it's unjust.

With no disrespect,

Christine Cutone, Juror #11

CC: Jeff Sessions, US Attorney General

Ordered
Post to docket.
KBF, Joe
USDJ
9/11/17