

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 18, 2017

**BY ECF**

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    **United States v. Darcy Wedd, et al.,**
                S3 15 Cr. 616 (KBF)

Dear Judge Forrest:

      The Government writes in response to the letter motion of defendant Darcy Wedd for postponement of his retrial and for transfer of his case to a different trial judge. The Government recognizes that counsel for Wedd has a conflict with the currently scheduled trial dates and does not oppose Wedd's request to reschedule.

      However, for purposes of judicial efficiency, the Government believes that the Court is best suited for the retrial of Wedd, together with his co-defendants Christopher Goff and Jason Lee. First, a retrial with three defendants, rather than two separate retrials, will conserve judicial and Government resources. Second, the Court has developed an intimate knowledge of the facts of this case by presiding over more than six weeks of trial testimony. A new trial judge would need to spend considerably more time getting up to speed on the legal and factual issues presented and preparing for a retrial than would the Court. Finally, the Court has sentenced one co-defendant, Francis Assifuah, and is scheduled to sentence at least one other, Fraser Thompson. For purposes of fairness, all co-defendants in this coordinated scheme should be sentenced by the same judge.

                                    Respectfully submitted,

                                    JOON H. KIM
                                  Acting United States Attorney

                  By:    /s/ Sarah Paul
                          Sarah E. Paul/Richard Cooper/
                          Jennifer L. Beidel
                          Assistant United States Attorneys
                          (212) 637-2326/1027/2212

cc:      All defense counsel (by ECF)