



*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 25, 2017

**BY ECF**

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>United States</u> v. <u>Darcy Wedd, et al.</u>,
             S3 15 Cr. 616 (KBF)

Dear Judge Forrest:

      The Government writes in further response to the letter motion of defendant Darcy Wedd for postponement of his retrial and for transfer of his case to a different trial judge. The Government and counsel for Wedd are both available for a retrial of Wedd beginning on December 4, 2017 and likely ending on or before December 22, 2017. The Government and counsel for Wedd also have no objection to Wedd being tried alone, in the event that his retrial can be scheduled for this time period.

      The Government understands that the case <u>United States</u> v. <u>Patel</u>, 16 Cr. 798 (KBF) is currently scheduled to proceed to trial before Your Honor on November 27, 2017. To the extent that case is resolved prior to trial and the Court is otherwise available, the Government requests that the Court preside over Wedd's retrial during the dates outlined above.[1] If the Court is unavailable during this time period, the Government and counsel for Wedd respectfully request

---

[1] Counsel for Wedd maintains his request that Wedd's case be transferred to a new trial judge. In the event that his request is denied, however, Wedd is prepared to go forward before Your Honor on December 4, 2017 if the Court is available.

that the Court transfer the case to a judge who is available to try the case between December 4 and December 22, 2017.

          Respectfully submitted,

          JOON H. KIM
          Acting United States Attorney

By:   /s/ Sarah Paul
      Sarah E. Paul/Richard Cooper/
      Jennifer L. Beidel
      Assistant United States Attorneys
      (212) 637-2326/1027/2212

cc:    All defense counsel (by ECF)