**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 2, 2017

**BY ECF**
The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 0 7 2017
```

    Re:    **United States v. Darcy Wedd,**
            **S3 15 Cr. 616 (KBF)**

Dear Judge Forrest:

    The Government writes with respect to the trial schedule in this case. Trial is currently scheduled to commence on November 27, 2017.

    Assistant United States Attorney Sarah Paul, the lead trial attorney for the Government at each of the last two trials in this case, is currently on trial before the Honorable Jed S. Rakoff in *United States v. Stefan Buck*, 13 Cr. 282 (JSR). The Government expects that trial to conclude during the week of November 27, 2017. In order to preserve continuity of counsel for the Government, and as set forth below, the Government respectfully requests a one week adjournment of the trial date in the instant case, to December 4, 2017. *Cf.* 18 U.S.C. § 3161(h)(7)(B)(iv) (noting, as one factor for the Court to consider in excluding time pursuant to the Speedy Trial Act, continuity of counsel for the Government).

    The prior trial in this case, with both defendant Darcy Wedd and his co-defendant Fraser Thompson, lasted the equivalent of approximately 11 trial days, including jury selection and closing statements, but not including jury deliberations. The Government estimates that the trial of only Wedd would take approximately nine to ten trial days, not including jury deliberations. Should the trial commence on December 4, 2017, and if the Court sits either half or full days on Fridays, the Government expects that the case will be ready to submit to the jury by the end of the second week of trial, or December 15, 2017.

    In addition, and in order to proceed more efficiently, the Government would be available to select a jury on November 27, 2017 (without AUSA Paul present), and commence with opening statements on December 4, 2017.

The Government has conferred with counsel for Wedd, who has no objection to this adjournment request.

        Respectfully submitted,

        JOON H. KIM
        Acting United States Attorney

    By:   /s/ Richard Cooper
        Sarah E. Paul/Richard Cooper/
        Jennifer L. Beidel
        Assistant United States Attorneys
        (212) 637-2326/1027/2212

cc:    Maurice Sercarz, Esq. (by ECF)

---

**Ordered**

The application to move the start of the trial is DENIED. Trial will start on Nov. 27, 2017. The jury questionnaire process with the jury pool begins Nov. 15, 2017.

KB. Forrest
USDJ
11/7/17