*US v. Wedd*
*S3 15 Cr. 616 (KBF)*
*Government Exhibit List*
*Printed 11/9/2017 6:27 PM*

| GX Number | Description |
|---|---|
| 1 | Wedd Faceplate |
| 1-A | "Darcy Wedd" Nameplate |
| 2 | Thompson Faceplate |
| 2-A | "Fraser Thompson" Nameplate |
| 5 | Eromo Faceplate |
| 5-A | "Erdolo Eromo" Nameplate |
| 6 | Miao Faceplate |
| 6-A | "Lin Miao" Nameplate |
| 7 | Paj Faceplate |
| 7-A | Michael Pajaczkowski Nameplate |
| 7-B | Paj Nameplate |
| 9 | Zhenya Faceplate |
| 9-A | "Eugeni Tsvetnenko" Nameplate |
| 9-B | "Zhenya" Nameplate |
| 101 | SC 71535 double opted me in |
| 102 | RE: Tatto meeting - quick update |
| 103 | CF Enterprises daily report (May) |
| 104 | DigiMobi daily report (May) |
| 105-C | CF Enterprises-SE Ventures - Short Code Assignment |
| 107 | see you at 4:30pm - a restaurant called cravings |
| 108 | Re SE Ventures W-9 20120402.pdf |
| 109 | Invoices Needed 20120510.pdf |
| 111 | Invoices Needed for Payout 20120702.pdf |
| 112 | Invoice Needed 20120809.pdf |
| 113 | Invoices Needed 20121009.pdf |
| 114 | Re Invoices Needed 20121116.pdf |
| 115 | Invoices Needed 20121212.pdf |
| 116 | Invoices Needed 20130110.pdf |
| 117 | Re Invoice Needed 20131009.pdf |
| 119 | DRAFT TO BE SENT_    New Client Launch - Mobile Media Products - 60206.pdf |
| 121 | F01-BUL-0283819.pdf |
| 123 | Re_ November 14 - November 20 Commission.pdf |
| 125 | Re_ 4 Codes Live.pdf |
| 126 | Re_ Important_ Wire Consolidation.pdf |
| 130 | Fwd_ batch 4.pdf |
| 130-A | 2.csv |
| 130-B | 3.csv |

*US v. Wedd*
*S3 15 Cr. 616 (KBF)*
*Government Exhibit List*
*Printed 11/9/2017 6:27 PM*

| GX Number | Description |
|---|---|
| 130-C | ATT.csv |
| 130-D | Sprint.csv |
| 130-E | Tmobile.csv |
| 130-F | Verizon.csv |
| 131 | 20120127-numbers-1780815025.pdf |
| 139 | 20111127-IP-1699705937 |
| 140 | 20111127-numbers-1696593641 |
| 142 | 20120404-ninja-1926221675.pdf |
| 142-A | ninja.csv |
| 148 | RE Zhenya UK 20091008.pdf |
| 149 | RE Zhenya CA 20100429.pdf |
| 150 | Re spoke to Zhenya 20110819.pdf |
| 155 | FW_ Contact form submission from Erica Fritts _ Nothing.pdf |
| 156 | FW_ Contact form submission from Dr Burdoc Nisson _ Weissfamilychiro.pdf |
| 161 | TattoMedia Consulting Invoice 12-26-2011.pdf |
| 162 | TattoMedia Invoice 12-26-2011.pdf |
| 163 | TattoMedia Invoice 1-23-2012.pdf |
| 164 | TattoMedia Invoice 1-5-2012.pdf |
| 165 | TattoMedia Invoice 2-29-2012.pdf |
| 166 | TattoMedia Invoice 2-7-2012.pdf |
| 167 | TattoMedia Invoice 5-1-2012.pdf |
| 169 | FW 60206 - Agg analysis 20120103.pdf |
| 174 | FW 60206 Susan Marion Email to Paj 03142012 |
| 176 | RE_ Customer Service Inquiry - 20409 |
| 177 | AT&T Items |
| 178 | URGENT ATTENTION: EXPECTED 60206 AT&T Strike 1 30 Day Suspension |
| 180 | FW: 40544 |
| 181 | RE: Tatto/Bullroar Platform |
|  |  |
| 202 | Draft Letter from You Re Verizon CPC Item |
| 202-A | Tatto Inc Consent Decree |
| 202-B | tatto letter re washington consent decree 3 7 |
| 206 | Tatto Meeting - Points of discussion |

| GX Number | Description |
|---|---|
| 207 | we need to work on this - please call me |
| 221 | Important: Paj; F01-BUL-0093248 |
| 223 | Paj Checklist; F01-BUL-0116339 |
| 224 | Private; F01-BUL-0119287 |
| 227 | Re: Auto-Sub July Total; F01-BUL-0125821 |
| 228 | RE: Fwd: 60206- *urgent; F01-BUL-0138049 |
| 258 | Gmail - hey pay 1 10282011 |
| 258-A | 1 (Attachment) |
| 259 | Hey_Paj_2 |
| 259-A | 2 (Attachment) |
| 260 | Hey_Paj_3 |
| 261 | Hey_Paj_3_second_try 10292011 |
| 261-A | 3 (Attachment) |
| 262 | Hey_Paj_4 |
| 262-A | 4 (Attachment) |
| 264 | 2011.10.28 Sent to gmail |
| 269 | Wedd Watch 11232012 |
| 279 | Fw: Tatto Aggregation Audit |
| 286 | Re CONTROL LIST - 10th MARCH 2012 - TRUE MERCHANT LTD |
| 287 | Re_ Dinner |
| 288 | 2 new invoices for my HK company_bank |
| 301 | Snaplife Texts |
| 401 | Eromo Cooperation Agreement |
| 402 | Paj Cooperation Agreement |
| 403 | Miao Cooperation Agreement |
| 501 | Bank of America/5773512/57033921/441923444/Concise Consulting |
| 502 | Bank of America/502776316/Erdi Development LLC |
| 503 | JPMorgan Chase/131366780/2912777650/Erdi Development LLC |
| 504 | Bank of America/940571689/940905620/940105699/Erdolo Eromo |

*US v. Wedd*
*S3 15 Cr. 616 (KBF)*
*Government Exhibit List*
*Printed 11/9/2017 6:27 PM*

| GX Number | Description |
|---|---|
| 505 | Bank of America/211573034/211872311/SE Ventures |
| 505-A | x3034 Checks |
| 506 | Bank of America/325011880596/MDK Media Inc. |
| 507 | Bank of America/325004818229/MDK Media Inc. |
| 508 | JPMorgan Chase/171990230/MDK Media DBA SE Ventures DBA GMK Communications |
| 509 | JPMorgan Chase/908586654/3027307593/908586688/MDK Media DBA SE Ventures |
| 512 | Bank of America/488045451951/MMJX Consulting Inc |
| 512-A | x1951 Deposits |
| 513 | Bank of America/4972056065/Darcy M. Wedd |
| 513-A | x6065 Checks |
| 513-B | x6065 Deposits |
| 514 | Bank of America/164103302813/Phwoar LLC |
| 514-A | x2813 Checks & Deposits |
| 515 | Bank of America/325032537721/Phwoar LLC |
| 516 | Wells Fargo/2834679025/3829619323/Phwoar LLC |
| 516-A | x9025 Checks |
| 516-B | x9025 Deposits |
| 516-C | x9323 Partial Statement |
| 517 | Wells Fargo/8991750301/Phwoar LLC |
| 518 | Bank of America/914671651/Fraser R. Thompson |
| 519 | Bank of America/914020651/Ocean Tactics LLC |
| 519-A | x0651 Checks |

*US v. Wedd*
*S3 15 Cr. 616 (KBF)*
*Government Exhibit List*
*Printed 11/9/2017 6:27 PM*

| GX Number | Description |
|---|---|
| 520 | Bank of America/164108230825/Ocean Tactics LLC |
| 521 | Bank of America/164108230867/Ocean Tactics LLC |
| 522 | Bank of America/325005035852/Ocean Tactics LLC |
| 523 | JPMorgan Chase/237579650/Advent Consulting Inc |
| 525 | Bank of America/501011411158/Mojiva Media LLC |
| 526 | Bank of America/57277047/Michael Pajaczkowski; Maria Bokaris |
| 527 | Bank of America/57873003/57269296/Michael Pajaczkowski; Maria Bokaris |
| 528 | JPMorgan Chase/4864195081/Jonathan Murad |
| 528-A | x5081 Checks & Deposits |
| 531 | Bank of America/4600045115/Tatto |
| 532 | Bank of America/4640414049/Tatto |
| 533 | Bank of America/4640411738/Tatto |
| 534 | Silicon Valley Bank/Account Applications/Mobile Messenger |
| 535 | Silicon Valley Bank/3300638904/Mobile Messenger (mQube) |
| 535-A | x8904 Deposits |
| 535-B | x8904 Signature Cards |
| 535-C | x8904 Incoming Wires |
| 535-D | x8904 Outgoing Wires |
| 536 | Silicon Valley Bank/3300759992/Mobile Messenger |
| 536-A | x9992 Incoming Wires |
| 536-B | x9992 Outgoing Wires |
| 537 | Silicon Valley Bank/50000220/Mobile Messenger |
| 542 | BNY Mellon Wires (SE Ventures) |
| 543 | BNY Mellon Wires (Cover) |
| 544 | Wedd Amex Records |
| 546 | D060617000025 Wires |

*US v. Wedd*
*S3 15 Cr. 616 (KBF)*
*Government Exhibit List*
*Printed 11/9/2017 6:27 PM*

| GX Number | Description |
|---|---|
| 602 | Mojiva Media (NV) |
| 603 | Phwoar (CA) |
| 604 | Ocean Tactics (CA) |
| 703 | SE Invoices for CF |
| 704 | SE Invoices for Digi |
| 705 | SE Invoices for mPire |
| 801 | 01 - 4/10/2012 Invoice |
| 801-A | 01A - 4/10/2012 Invoice |
| 802 | 02 - 5/14/2012 Invoice |
| 803 | 03 - 6/7/2012 Invoice |
| 803-A | 03A - 6/7/2012 Invoice |
| 804 | 04 - 7/2/2012 Invoice |
| 805 | 05 - 8/8/2012 Invoice |
| 806 | 06 - 9/9/2012 Invoice |
| 807 | 07 - 10/9/2012 Invoice |
| 808 | 08 - 11/14/2012 Invoice |
| 809 | 09 - 12/13/2012 Invoice |
| 810 | 10 - 1/9/2013 Invoice |
| 811 | 11 - 2/11/2013 Invoice |
| 813 | 13 - 4/4/2013 Invoice |
| 813-A | 13A - 4/18/2013 Invoice |
| 814 | 14 - 5/1/2013 Invoice |
| 815 | 15 - 6/25/2013 Invoice |
| 816 | 16 - 7/16/2013 Invoice |
| 817 | 17 - 8/29/2013 Invoice |
| 818 | 18 - 9/12/2013 Invoice |
| 819 | 2A - Re: Payouts; 5/11/2012 |
| 819-A | 2B - Attachment - SE Ventures Financials |
| 819-B | 2C - Attachment - CF Enterprises Income Spreadsheet |
| 819-C | SIMUV01_01904867 |
| 820 | 03B - Re: May Payouts; 6/7/2012 |
| 820-A | 03C - Attachment - CF Enterprises Income Spreadsheet |
| 820-B | 03D - SE Ventures BofA Financials |
| 821 | 04A - June Payouts; 6/29/2012 |
| 821-A | 04B - Attachment - CF Enterprises Income Spreadsheet |
| 821-B | 04C - Attachment - DigiMobi Income Spreadsheet |
| 821-C | 04D - Attachment - SE Ventures Financials |

*US v. Wedd*
*S3 15 Cr. 616 (KBF)*
*Government Exhibit List*
*Printed 11/9/2017 6:27 PM*

| GX Number | Description |
|---|---|
| 821-D | 04E - Attachment - MindKontrol Income Spreadsheet |
| 821-E | SIMUV01_01923317 |
| 822 | 05A - July Payouts; 8/1/2012 |
| 822-A | 05B - July Payouts; 8/8/2012 |
| 822-B | 05C - Attachment - CF Enterprises Income Spreadsheet |
| 822-C | 05D - Attachment - DigiMobi Income Spreadsheet |
| 822-D | 05E - Attachment - SE Ventures Financials |
| 822-E | Anacapa |
| 822-F | SIMUV01_01906972 |
| 823 | 06A - Re: Payouts; 8/23/2012 |
| 823-A | SIMUV01_01907281 |
| 823-B | SIMUV01_01907291 |
| 823-C | SIMUV01_01907300 |
| 823-D | SIMUV01_01907310 |
| 823-E | SIMUV01_01907318 |
|  |  |
| 824 | 06B - August Payouts; 9/6/2012 |
| 824-A | 06C - Attachment - CF Enterprises Income Spreadsheet |
| 824-B | 06D - Attachment - DigiMobi Income Spreadsheet |
| 824-C | 06E - Attachment - SE Ventures Financials |
| 824-D | 06F - Attachment - MindKontrol Income Spreadsheet |
| 824-E | 06G - Attachment - Anacapa Media Spreadsheet |
| 825 | 07A - Sept Payouts; 10/3/2012 |
| 825-A | 07B - Attachment - CF Enterprises Income Spreadsheet |
| 825-B | 07C - Attachment - DigiMobi Income Spreadsheet |
| 825-C | 07D - Attachment - SE Ventures Financials |
| 825-D | 07E - Attachment - MindKontrol Income Spreadsheet |
| 825-E | 07F - Attachment - Anacapa Media Spreadsheet |
| 825-F | SIMUV01_01929063 |
| 826 | 08A - Oct. Payouts; 10/31/2012 |

*US v. Wedd*
*S3 15 Cr. 616 (KBF)*
*Government Exhibit List*
*Printed 11/9/2017 6:27 PM*

| GX Number | Description |
|---|---|
| 826-A | 08B - Attachment - CF Enterprises Income Spreadsheet |
| 826-B | 08C - Attachment - DigiMobi Income Spreadsheet |
| 826-C | 08D - Attachment - SE Ventures Financials |
| 826-D | 08E - Attachment - MindKontrol Income Spreadsheet |
| 826-E | 08F - Attachment - Bear Communications Spreadsheet |
| 826-F | 08G - Attachment - Anacapa Media Spreadsheet |
| 826-G | SIMUV01_01931592 |
| 827 | 09A - Re: Nov. Payouts |
| 828 | 10A - Dec. Payouts; 1/4/2013 |
| 828-A | 10B - Attachment - CF Enterprises Income Spreadsheet |
| 828-B | 10C - Attachment - DigiMobi Income Spreadsheet |
| 828-C | 10D - Attachment - SE Ventures Financials |
| 828-D | 10E - Attachment - MindKontrol Income Spreadsheet |
| 828-E | 10F - Attachment - Bear Communications Spreadsheet |
| 828-F | 10G - Attachment - Network One Commerce Spreadsheet |
| 828-G | 10H - Attachment - Anacapa Media Spreadsheet |
| 829 | 11A - Jan. Payouts; 1/31/2013 |
| 829-A | 11B - Attachment - CF Enterprises Income Spreadsheet |
| 829-B | 11C - Attachment - DigiMobi Income Spreadsheet |
| 829-C | 11D - Attachment - SE Ventures Financials |
| 829-D | 11E - Attachment - MindKontrol Income Spreadsheet |
| 829-E | 11F - Attachment - Bear Communications Spreadsheet |
| 829-F | 11G - Attachment - Network One Commerce Spreadsheet |
| 829-G | 11H - Attachment - Anacapa Media Spreadsheet |

*US v. Wedd*
*S3 15 Cr. 616 (KBF)*
*Government Exhibit List*
*Printed 11/9/2017 6:27 PM*

| GX Number | Description |
|---|---|
| 830 | 12 - Re: Feb Payouts; 3/2/2013 |
| 831 | 13B - March Payouts; 4/1/2013 |
| 832 | 14A - Fwd: April Payouts; 5/3/2013 |
| 833 | 15A - May Payouts; 5/31/2013 |
| 834 | 16A - June Payouts; 6/30/2013 |
| 835 | 17A - Fwd: July Payouts; 8/2/2013 |
| 836 | 18A - August Payouts |
| 837 | 19 - September 2013 Payouts |
| 838 | 20 - October 2013 Payouts |
| 839 | Tab 2L - Net revenue by customer - Apr12; 5/18/2012 |
| 840 | Tab 2P - Client Gross Profit Report for Dec '12; 2/23/2013 |
| 841 | Tab 4B - Skiing with Zhenya and Darcy; 11/7/2013 |
| 846 | CF Enterprises Vetting Status |
| 853 | 04A Re: Notes for our meeting at 4pm |
| 857 | Talk to Fraser about CF |
| 901 | Wendy Jagger Complaint |
| 905 | Jennifer Waddell Bill |
| 909 | Vianney Willot BBB Complaint |
| 910 | Vianney Willot Verizon Bill Excerpt |
| 911 | Wendy Jagger Verizon Bill Excerpt |
| 912 | Richard Doll Complaint |
| 913 | Anna Patalano - T-Mobile Bill - July 2012 |
| 914 | Anna Patalano - T-Mobile Bill - August 2012 |
| 915 | Anna Patalano - T-Mobile Bill - September 2012 |
| 916 | Anna Patalano - T-Mobile Bill - October 2012 |
| 917 | 917 Anna Patalano - T-Mobile Bill - November 2012 |
| 918 | 918 Anna Patalano - T-Mobile Bill - January 2013 |
| 919 | 919 Anna Patalano - T-Mobile Bill - February 2013 |
| 920 | 920 Anna Patalano - T-Mobile Bill - April 2013 |
| 921 | 921 Anna Patalano - T-Mobile Bill - June 2013 |
| 922 | 922 Anna Patalano - T-Mobile Bill - July 2013 |

*US v. Wedd*
*S3 15 Cr. 616 (KBF)*
*Government Exhibit List*
*Printed 11/9/2017 6:27 PM*

| GX Number | Description |
|---|---|
| 923 | 923 Daphne Lewis - T-Mobile Bill - December 2011 |
| 924 | 924 Daphne Lewis - T-Mobile Bill - April 2012 |
| 925 | 925 Daphne Lewis - T-Mobile Bill - May 2012 |
| 926 | 926 Geraldine Palmers - T-Mobile Bill - August 2012 |
| 927 | 927 Geraldine Palmers - T-Mobile Bill - September 2012 |
| 928 | 928 Geraldine Palmers - T-Mobile Bill - October 2012 |
| 929 | 929 Geraldine Palmers - T-Mobile Bill - November 2012 |
| 930 | 930 Geraldine Palmers - T-Mobile Bill - December 2012 |
| 931 | 931 Geraldine Palmers - T-Mobile Bill - January 2013 |
| 932 | 932 Geraldine Palmers - T-Mobile Bill - February 2013 |
| 933 | 933 Geraldine Palmers - T-Mobile Bill - March 2013 |
| 934 | 934 Geraldine Palmers - T-Mobile Bill - April 2013 |
| 935 | 935 Geraldine Palmers - T-Mobile Bill - May 2013 |
| 936 | Geraldine Palmers - T-Mobile Bill - June 2013 |
| 937 | 937 Geraldine Palmers - T-Mobile Bill - August 2013 |
| 938 | 938 Geraldine Palmers - T-Mobile Bill - September 2013 |
| 939 | 939 Geraldine Palmers - T-Mobile Bill - October 2013 |
| 940 | 940 Geraldine Palmers - T-Mobile Bill - November 2013 |
| 941 | 941 Karen Matos - T-Mobile Bill August 2012 |
| 942 | 942 Karen Matos - T-Mobile Bill July 2012 |
| 943 | 943 Michael Bermudez - T-Mobile Bill - July 2012 |
| 944 | Doll 7/2012 Bill |
| 946 | Richardson Screenshots |

*US v. Wedd*
*S3 15 Cr. 616 (KBF)*
*Government Exhibit List*
*Printed 11/9/2017 6:27 PM*

| GX Number | Description |
|---|---|
| 947 | Huszar Bill |
| 948 | Ozer Complaint |
| 949 | Fouks Bill |
| 999 | |
| 1001 | Bank Records |
| 1002 | Corporate Records |
| 1003 | Phone Bill Records |
| 1004 | Amex |
| 1005 | BNY Mellon |
| 1006 | Toll Records |
| 1007 | Bank of America |
| 1008 | Richardson |
| 1009 | Corpnet |
| 1010 | Non-testifying Victims |
| 1011 | FDIC |
| 1012 | Thompson Invoices |
| 1106 | Notification: Meet up with Fraser in Santa Monica @ Sun Jul 12, 2015 |
| 1111 | Fwd: Restaurants; 9/20/2013 |
| 1201 | mQube Service Order Form for Premium Aggregation (CF) |
| 1202 | mQube Service Order Form for Premium Aggregation (DigiMobi) |
| 1203 | |
| 1302 | Wedding photo |
| 1401 | Master Bank Account Record Summary Chart |
| 1404 | Mojiva Media Income from Fraud |
| 1405 | Ocean Tactics Income from Fraud Acct 0651 |
| 1406 | Phwoar LLC BofA #2813 from Concise Consulting |
| 1407 | Phwoar LLC BofA #2813 from Erdi Development |
| 1408 | Phwoar LLC Wells Fargo #9025 from Concise Consulting |
| 1410 | Comparison of Payments to Phwoar and Payments to Ocean Tactics |
| 1501 | PSMS Industry Overview Chart |
| 1502 | Double Opt-In Demonstrative Chart |
| 1601 | THOMPSON000086 2012.4.10 Ocean Tactics Invoice 1 to Erdi |
| 1601-A | THOMPSON000087 2012.4.13 Ocean Tactics Invoice 2 to Erdi |

*US v. Wedd*
*S3 15 Cr. 616 (KBF)*
*Government Exhibit List*
*Printed 11/9/2017 6:27 PM*

| GX Number | Description |
|---|---|
| 1602 | THOMPSON000088 2012.5.14 Ocean Tactics Invoice 3 to Erdi |
| 1603 | THOMPSON000089 2012.6.7 Ocean Tactics Invoice 4 to Erdi |
| 1603-A | THOMPSON000090 2012.6.7 Ocean Tactics Invoice 5 to Erdi |
| 1604 | THOMPSON000091 2012.7.2 Ocean Tactics Invoice 6 to Erdi |
| 1605 | THOMPSON000092 2012.8.8 Ocean Tactics Invoice 7 to Erdi |
| 1606 | THOMPSON000093 2012.9.10 Ocean Tactics Invoice 8 to Erdi |
| 1607 | THOMPSON000094 2012.10.9 Ocean Tactics Invoice 9 to Erdi |
| 1608 | THOMPSON000095 2012.11.14 Ocean Tactics Invoice 10 to Erdi |
| 1609 | THOMPSON000096 2012.12.13 Ocean Tactics Invoice 11 to Erdi |
| 1610 | THOMPSON000097 2013.1.9 Ocean Tactics Invoice 12 to Erdi |
| 1611 | THOMPSON000098 2013.2.11 Ocean Tactics Invoice 13 to Erdi |
| 1613 | THOMPSON000099 2013.3.12 Ocean Tactics Invoice 14 to Erdi |
| 1613-A | THOMPSON000100 2013.4.18 Ocean Tactics Invoice 15 to Erdi |
| 1614 | THOMPSON000101 2013.5.16 Ocean Tactics Invoice 16 to Erdi |
| 1615 | THOMPSON000102 2013.6.25 Ocean Tac |
| 1616 | THOMPSON000103 2013.7.16 Ocean Tactics Invoice 18 to Erdi |
| 1617 | THOMPSON000104 2013.8.28 Ocean Tactics Invoice 19 to Erdi |
| 1618 | THOMPSON000105 2013.9.12 Ocean Tactics Invoice 20 to Erdi |
| 1619 | THOMPSON000106 2013.10.10 Ocean Tactics Invoice 21 to Erdi |
| 1701 | EE Toll Records |
| 1702 | MP Toll Records |
| 1703 | FT Toll Records |
| 1704 | DW Toll Records |
| 1705 | Summary Chart |
| 1804 | DW Employment Agreement |
| 1806 | Few Things |