## SERCARZ & RIOPELLE, LLP

810 SEVENTH AVENUE, SUITE 620
NEW YORK, NEW YORK 10019
(212) 586-4900
FACSIMILE (212) 586-1234
www.sercarzandriopelle.com

ROLAND G. RIOPELLE
MAURICE H. SERCARZ*

ROBERT CALIENDO
GIULIANA E. GRAHAM

*ADMITTED IN NY & NJ

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: NOV 2 7 2017

November 17, 2017

**BY EMAIL**

Hon. Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **U.S. v. Darcy Wedd, et. al., 15 CR 616 (KBF)**

Your Honor:

Regarding the upcoming re-trial of the referenced matter, defense counsel respectfully request permission to arrange for the provision of secure high-speed wired Internet access in the courtroom. The secure Internet connection will enable the trial team in the courtroom to stay connected to our online case repository and resources in the office during critical moments of the proceedings. This will greatly facilitate the effective representation of all parties involved on this matter. In addition, we will be able to reduce the files and personnel we bring into the courtroom, as well as the traffic to and from the courtroom during proceedings.

Subject to your approval, we will retain Courtroom Connect to provide these services. Courtroom Connect does not require any court resources to provide service and currently maintains a network in the courthouse that is 100% independent of the Court's internal network. Set up, installation and service fees will be paid for by the parties at no cost to the Court.

The following describes how Courtroom Connect restricts access to the network and ensures compliance with court security and directives:

- The network will be a hard-wired, secure physical network connection utilizing a firewall and other security provisions.

- Onsite support, maintenance and other measures are provided to ensure the highest levels of security and reliability.

- The network is totally separate from the court's internal network; it is therefore physically impossible for information on the court's existing systems to be accessed or compromised.

Courtroom Connect will make all necessary arrangements with the Court's District Executive office and computer networking personnel. Many trials in federal courts throughout the country have utilized a high speed connection to the Internet in the courtroom. If Your Honor is agreeable to these arrangements, we would most appreciate if you would 'so order' this letter, permitting us to proceed.

Thank you for your consideration.

Most respectfully,

/S/

Robert Caliendo, Esq.
Sercarz & Riopelle, LLP
810 Seventh Avenue, Suite 620
New York, NY 10019
212 586 4900
rcaliendo@sercarzandriopelle.com

I hereby authorize Courtroom Connect, a Southern District of New York contracted vendor, to provide Internet connectivity for the duration of the trial set to begin on December 4, 2017. Courtroom Connect can proceed to make proper arrangements with the District Executive Office of the Court. Defense counsel are allowed to bring in the necessary electronic computing devices to connect to the Courtroom Connect service.

SO ORDERED

Date: 11/21/17

Hon. Katherine B. Forrest, U.S.D.J.