```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 11, 2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
        :
UNITED STATES OF AMERICA    :
        :    S3 15 Cr. 616 (KBF)
  - v. -    :
        :    ORDER
CHRISTOPHER GOFF and    :
JASON LEE,    :
        :
        Defendants.    :
-------------------------------------------------------------------X

KATHERINE B. FORREST, United States District Judge:

The Court would like the parties' best estimate as to the likely duration of this trial. Based upon the progress of the most recent Wedd trial, the Court believes that evidence in the Goff/Lee trial is likely to be in within one week.

SO ORDERED:

Dated:    New York, New York
        December 11, 2017

_____
KATHERINE B. FORREST
United States District Judge